Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*: _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **DOMI PUBLICATIONS, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  MOMPOV.COM** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-3277779 |
| 4. | Debtor's address | **Principal place of business**<br><br>**10620 So. Highlands Pkwy., #110-334**<br>**Las Vegas, NV 89141**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.domipublications.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **DOMI PUBLICATIONS, LLC**  Case number (*if known*) _____
       Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ■ Chapter 7
   - ☐ Chapter 9
   - ☐ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   - ■ No.
   - ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ■ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor _____ |  | Relationship _____ |
    |---|---|---|
    | District _____ | When _____ | Case number, if known _____ |

Debtor   **DOMI PUBLICATIONS, LLC**              Case number (*if known*) _____
         <sub>Name</sub>

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?

☐ No

☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor __DOMI PUBLICATIONS, LLC__   Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1/16/20
           MM / DD / YYYY

X _/s/ signature_
Signature of authorized representative of debtor

**Douglas J. Wiederhold**
Printed name

Title  **Member-Manager**

**18. Signature of attorney**

X _/s/ signature_
Signature of attorney for debtor

Date  1/16/20
    MM / DD / YYYY

**Matthew C. Zirzow 7222**
Printed name

**LARSON ZIRZOW KAPLAN & COTTNER**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone  702-382-1170     Email address  mzirzow@lzkclaw.com

**7222 NV**
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF THE SOLE MANAGER AND SOLE MEMBER OF DOMI PUBLICATIONS, LLC, a Nevada limited liability company

The undersigned, being the sole manager and member of DOMI PUBLICATIONS, LLC, a Nevada limited liability company (the "Company"), hereby approve and adopt the following resolutions effective as of January 16, 2020:

RESOLVED that in the judgment of the sole manager and member of the Company, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that DOUGLAS WIEDERHOLD (the "Authorized Person"), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in the Company's chapter 7 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary documents on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code, and subject to the chapter 7 trustee upon the commencement of the bankruptcy case.

RESOLVED that the law firm of LARSON ZIRZOW KAPLAN & COTTNER, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 7 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 7 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 7 case be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, being the members of the Board, by execution hereof, hereby approve this Written Consent as of the date first above written.

DOMI PUBLICATIONS, LLC,
a Nevada limited liability company:

By: _____
Douglas Wiederhold, as Sole Manager and Member

## United States Bankruptcy Court
### District of Nevada

In re   **DOMI PUBLICATIONS, LLC**  
                                    Debtor(s)

Case No.  
Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Member-Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **1-16-20**

**Douglas J. Wiederhold/Member-Manager**  
Signer/Title

DOMI PUBLICATIONS, LLC
10620 So. Highlands Pkwy., #110-334
Las Vegas, NV 89141

Matthew C. Zirzow
LARSON ZIRZOW KAPLAN & COTTNER
850 E. Bonneville Ave.
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn: Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Andre Garcia
c/o Panakos Law, APC
Attn: Aarson Sadock, Esq.
San Diego, CA 92101

BLL Media Holdings, LLC
c/o Panakos Law, APC
Attn: Aaron Sadock, Esq.
555 West Beech Street, Suite 500
San Diego, CA 92101

BLL Media, Inc.
c/o Panakos Law, APC
Attn: Aaron Sadock, Esq.
555 West Beech St., Suite 500
San Diego, CA 92101

Bubblegum Films, Inc.
c/o Panakos Law, APC
Attn: Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101

Douglas Wiederhold
c/o The UPS Store
10620 So. Highlands Pkwy, # 110-334
Las Vegas, NV 89141

EG Publications, Inc.
c/o Panakos Law, APC
Attn: Aaron Sadock, Esq.
555 West Beech Street, Suite 500
San Diego, CA 92101

Fraud Law Group, PLC
Faith A. Devine, as Receiver
5857 Owens Avenue, Suite 300
Carlsbad, CA 92008

GIRLSDOPORN.COM
c/o Panakos Law, APC
555 West Beech St., Suite 500
San Diego, CA 92101

GT Group Limited
1st Floor Pacific Building
P.O. Box 1487
Bougainville House Rue
Port Vila, Vanuatu

Gupta Evans & Associates, PC
Attn: Ajay Gupta, Esq.
1620 5th Avenue, Suite 650
San Diego, CA 92101

Jane Doe No. 1
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 1
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 1
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 1
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 10
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 10
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 10
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 10
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 11
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 11
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 11
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 11
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 12
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 12
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 13
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 14
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 15
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 15
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 16
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 17
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 18
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 18
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 12
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 13
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 13
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 14
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 15
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 16
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 16
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 17
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 18
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 19
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 12
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 13
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 14
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 14
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 15
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 16
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 17
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 17
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 18
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 19
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 19
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 2
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 20
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 20
c/o Robert Hamparayan, APC
Attn:  Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 21
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 22
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 23
c/o D. Loren Washburn, Esq.
Smith Washburn, LLP
500 South Grand Ave., Suite 1450
Los Angeles, CA 90071

Jane Doe No. 23
c/o Robert Hamparayan, APC
Attn:  Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 3
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 4
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 19
c/o Robert Hamparayan, APC
Attn:  Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 2
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 20
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 21
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 21
c/o Robert Hamparayan, APC
Attn:  Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 22
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 23
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 3
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 3
c/o Robert Hamparayan, APC
Attn:  Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 4
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 2
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 2
c/o Robert Hamparayan, APC
Attn:  Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 20
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 21
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 22
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 22
c/o Robert Hamparayan, APC
Attn:  Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 23
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 3
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 4
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 4
c/o Robert Hamparayan, APC
Attn:  Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 5
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 5
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 6
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 7
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 8
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 8
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 9
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Law Office of George Rikos
c/o George Rikos, Esq.
225 Broadway Ste 2100
San Diego, CA 92101

Merro Media Holdings, LLC
c/o Panakos Law, APC
Attn: Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101

Michael Pratt
c/o Panakos Law, APC
555 West Beech St.
San Diego, CA 92101

Jane Doe No. 5
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 6
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 6
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 7
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 8
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 9
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 9
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Law Offices of Daniel Kaplan
Attn: Daniel A. Kaplan, Esq.
555 West Beech St., #230
San Diego, CA

Merro Media, Inc.
c/o Panakos Law, APC
Attn: Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101

Michael Pratt
113 West G Street, Suite 123
San Diego, CA 92101

Jane Doe No. 5
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 6
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Jane Doe No. 7
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Jane Doe No. 7
c/o Robert Hamparayan, APC
Attn: Robert Hamparyan, Esq.
275 Market Street
San Diego, CA 92101

Jane Doe No. 8
c/o Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

Jane Doe No. 9
c/o Holm Law Group, PC
Brian N. Holm, Esq.
12636 High Bluff Drive, Ste. 400
San Diego, CA 92130

Law Office of Clyde DeWitt
c/o Clyde DeWitt, Esq.
PO Box 26185
Las Vegas, NV 89126

Matthew Wolfe
c/o Panakos Law, APC
Attn: Aaron Sadock, Esq.
555 West Beech St., Suite 500
San Diego, CA 92101

Michael J. Pratt
10375 Cervaza Baja Drive
Escondido, CA 92026

MIM Media, LLC
c/o Panakos Law, APC
Attn: Aaron Sadock, Esq.
555 West Beech Street, Suite 500
San Diego, CA 92101

Oh Well Media, LLC

Payment Processor

Sidle Media Limited

Superior Ct of California, San Diego
Attn: Hon. R. Wohlfeil
330 W. Broadway
San Diego, CA 92101

Douglas J. Weiderhold
c/o The UPS Store
10620 So. Highlands Pkwy, # 110-334
Las Vegas, NV 89141