**Fill in this information to identify the case:**

Debtor name    **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-10250-btb**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  5, 2020**        X _____
                                            Signature of individual signing on behalf of debtor

                                            **Douglas J. Wiederhold**
                                            Printed name

                                            **Member-Manager**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

2/05/20  2:15PM

**Fill in this information to identify the case:**

Debtor name    **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-10250-btb**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     **32,278.84**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $     **32,278.84**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     **12,928,024.12**

4.    Total liabilities ...........................................................................................................................
    Lines 2 + 3a + 3b    $     **12,928,024.12**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **DOMI PUBLICATIONS, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | **20-10250-btb** |

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo Bank, N.A.** | **Business Checking** | **6553** | **$2,896.57** |
| 3.2. | **CitiBank, N.A. (balance as of Petition Date of 11/16/20 per bank statement was -$97.24).  Note:  Check stock appears to indicate that this is a joint account with Douglas Wiederhold.** | **Business Checking** | **5455** | **$0.00** |
| 3.3. | **Nevada State Bank** | **Business Checking** | **1361** | **$285.00** |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$3,181.57** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(If known)* **20-10250-btb** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 7.1. | **Potential chargeback retention being held by CC Bill payment processor (account No. XX7799)** | **$15,792.27** |
| 7.2. | **Potential chargback retention being held by Epoch.com LLC payment processor. Debtor made inquiry but company will not provide and said it will deal exclusively with the Chapter 7 trustee with regard to this.** | **Unknown** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| **$15,792.27** |
|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See attached schedule | **Unknown** | Liquidation | **$1,880.00** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

2/05/20 2:15PM

Debtor    **DOMI PUBLICATIONS, LLC**                                   Case number *(If known)*  **20-10250-btb**
_____
Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | $1,880.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See attached schedule | Unknown | Liquidation | $11,425.00 |

51.    **Total of Part 8.**                                                                    | $11,425.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **DOMI PUBLICATIONS, LLC**                                    Case number *(If known)*  **20-10250-btb**
_____Name_____

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** **MOMPOV.COM, Service Mark, Serial No. 86215348 filed March 8, 2014, Registration No. 4577877** | **Unknown** | | **Unknown** |
| 61.  **Internet domain names and websites** **www.MomPOV.com website and domain** | **Unknown** | | **Unknown** |
|       **www.domipublications.com website and domain** | **Unknown** | | **Unknown** |
| 62.  **Licenses, franchises, and royalties** | | | |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| 64.  **Other intangibles, or intellectual property** **Unregistered copyrights for an unknown number of motion picture works, inluding both edited and raw/unedited.  Debtor does not have complete licensing from actors because some were included with Michael Pratt whose current location is unknown.** | **Unknown** | | **Unknown** |
| 65.  **Goodwill** | | | |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| **$0.00** |

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

2/05/20  2:15PM

Debtor    **DOMI PUBLICATIONS, LLC**                              Case number *(if known)*  **20-10250-btb**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,181.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $15,792.27 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,880.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,425.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $32,278.84 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $32,278.84 |

2/05/20  2:15PM

**Fill in this information to identify the case:**

Debtor name **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)  **20-10250-btb**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

2/05/20  2:15PM

**Fill in this information to identify the case:**

Debtor name    **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-10250-btb**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696,628.70** |
|---|---|---|---|

**Jane Doe No. 1**
**c/o John J. O'Brien, Esq.**
**O'Brien Law Firm, APLC**
**750 B Street, Suite 1610**
**San Diego, CA 92101-8131**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Plaintiff in pending litigation - claims for
misappropriation of name and likeness, intentional infliction of
emotion distress, breach of cnotract, unlawful and fraudulent
business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$446,628.70** |
|---|---|---|---|

**Jane Doe No. 10**
**c/o John J. O'Brien, Esq.**
**O'Brien Law Firm, APLC**
**750 B Street, Suite 1610**
**San Diego, CA 92101-8131**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Plaintiff in pending litigation - claims for
misappropriation of name and likeness, intentional infliction of
emotion distress, breach of cnotract, unlawful and fraudulent
business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$696,628.70** |
|---|---|---|---|

**Jane Doe No. 11**
**c/o John J. O'Brien, Esq.**
**O'Brien Law Firm, APLC**
**750 B Street, Suite 1610**
**San Diego, CA 92101-8131**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Plaintiff in pending litigation - claims for
misappropriation of name and likeness, intentional infliction of
emotion distress, breach of cnotract, unlawful and fraudulent
business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number (if known) | **20-10250-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696,628.70 |
|---|---|---|---|

**Jane Doe No. 12**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596,628.70 |
|---|---|---|---|

**Jane Doe No. 13**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696,628.70 |
|---|---|---|---|

**Jane Doe No. 14**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696,628.70 |
|---|---|---|---|

**Jane Doe No. 15**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596,628.70 |
|---|---|---|---|

**Jane Doe No. 16**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ☐ No  ☐ Yes

Debtor    **DOMI PUBLICATIONS, LLC**
Name

Case number (if known)    **20-10250-btb**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696,628.70 |

**Jane Doe No. 17**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446,628.70 |

**Jane Doe No. 18**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596,628.70 |

**Jane Doe No. 19**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596,628.70 |

**Jane Doe No. 2**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596,628.70 |

**Jane Doe No. 20**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  <u>Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.</u>

Is the claim subject to offset? ■ No ☐ Yes

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number (if known) | **20-10250-btb** |
|---|---|---|---|
| | Name | | |

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446,628.70 |
|---|---|---|---|

**Jane Doe No. 21**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446,628.70 |
|---|---|---|---|

**Jane Doe No. 22**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jane Doe No. 23**
c/o D. Loren Washburn, Esq.
Smith Washburn, LLP
500 South Grand Ave., Suite 1450
Los Angeles, CA 90071

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Plaintiff in Pending Litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596,628.70 |
|---|---|---|---|

**Jane Doe No. 3**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596,628.70 |
|---|---|---|---|

**Jane Doe No. 4**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **DOMI PUBLICATIONS, LLC**

Name

Case number (if known)    **20-10250-btb**

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446,628.70 |

**Jane Doe No. 5**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $696,628.70 |

**Jane Doe No. 6**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446,628.70 |

**Jane Doe No. 7**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446,628.70 |

**Jane Doe No. 8**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596,628.70 |

**Jane Doe No. 9**
c/o John J. O'Brien, Esq.
O'Brien Law Firm, APLC
750 B Street, Suite 1610
San Diego, CA 92101-8131

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:**  Plaintiff in pending litigation - claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of cnotract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.

Is the claim subject to offset? ■ No ☐ Yes

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | | Case number (if known) | **20-10250-btb** |
|---|---|---|---|---|

Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,940.00 |
|---|---|---|---|

**Law Office of Clyde DeWitt**
c/o Clyde DeWitt, Esq.
PO Box 26185
Las Vegas, NV 89126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Attorney's fees and costs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,832.33 |
|---|---|---|---|

**Law Office of George Rikos**
c/o George Rikos, Esq.
225 Broadway Ste 2100
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Attorney's fees and costs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Somavia**
c/o Nevada DETR
500 E. Third St.
Carson City, NV 89713-0035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unemployment claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tamela Seehase**
c/o Nevada DETR
500 E. Third St.
Carson City, NV 89713-0035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unemployment claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,420.39 |
|---|---|---|---|

**Walters Law Group**
Attn: Lawrence G. Walters, Esq.
195 W. Pine Avenue
Longwood, FL 32750-4104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Attorney's fees and costs**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jane Doe No. 1**<br>c/o Holm Law Group, PC<br>Brian N. Holm, Esq.<br>12636 High Bluff Drive, Ste. 400<br>San Diego, CA 92130 | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jane Doe No. 1**<br>c/o Robert Hamparayan, APC<br>Attn:  Robert Hamparyan, Esq.<br>275 Market Street<br>San Diego, CA 92101 | Line  **3.1**<br><br>☐ Not listed. Explain ____ | _ |

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number (if known) | **20-10250-btb** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.3 | **Jane Doe No. 1**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
|---|---|---|---|
| 4.4 | **Jane Doe No. 10**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Jane Doe No. 10**<br>**c/o Robert Hamparayan, APC**<br>**Attn:  Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Jane Doe No. 10**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line __3.2__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Jane Doe No. 11**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jane Doe No. 11**<br>**c/o Robert Hamparayan, APC**<br>**Attn:  Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Jane Doe No. 11**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line __3.3__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Jane Doe No. 12**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Jane Doe No. 12**<br>**c/o Robert Hamparayan, APC**<br>**Attn:  Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Jane Doe No. 12**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line __3.4__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Jane Doe No. 13**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line __3.5__<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **DOMI PUBLICATIONS, LLC**
_____
Name

Case number (if known)  **20-10250-btb**
_____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Jane Doe No. 13** c/o Robert Hamparayan, APC Attn:  Robert Hamparyan, Esq. 275 Market Street San Diego, CA 92101 | Line  **3.5** ☐ Not listed. Explain ____ | _ |
| 4.15 | **Jane Doe No. 13** c/o Michael T. O'Halloran 110 West A Street, Suite 1100 San Diego, CA 92101 | Line  **3.5** ☐ Not listed. Explain ____ | _ |
| 4.16 | **Jane Doe No. 14** c/o Holm Law Group, PC Brian N. Holm, Esq. 12636 High Bluff Drive, Ste. 400 San Diego, CA 92130 | Line  **3.6** ☐ Not listed. Explain ____ | _ |
| 4.17 | **Jane Doe No. 14** c/o Robert Hamparayan, APC Attn:  Robert Hamparyan, Esq. 275 Market Street San Diego, CA 92101 | Line  **3.6** ☐ Not listed. Explain ____ | _ |
| 4.18 | **Jane Doe No. 14** c/o Michael T. O'Halloran 110 West A Street, Suite 1100 San Diego, CA 92101 | Line  **3.6** ☐ Not listed. Explain ____ | _ |
| 4.19 | **Jane Doe No. 15** c/o Holm Law Group, PC Brian N. Holm, Esq. 12636 High Bluff Drive, Ste. 400 San Diego, CA 92130 | Line  **3.7** ☐ Not listed. Explain ____ | _ |
| 4.20 | **Jane Doe No. 15** c/o Robert Hamparayan, APC Attn:  Robert Hamparyan, Esq. 275 Market Street San Diego, CA 92101 | Line  **3.7** ☐ Not listed. Explain ____ | _ |
| 4.21 | **Jane Doe No. 15** c/o Michael T. O'Halloran 110 West A Street, Suite 1100 San Diego, CA 92101 | Line  **3.7** ☐ Not listed. Explain ____ | _ |
| 4.22 | **Jane Doe No. 16** c/o Holm Law Group, PC Brian N. Holm, Esq. 12636 High Bluff Drive, Ste. 400 San Diego, CA 92130 | Line  **3.8** ☐ Not listed. Explain ____ | _ |
| 4.23 | **Jane Doe No. 16** c/o Robert Hamparayan, APC Attn:  Robert Hamparyan, Esq. 275 Market Street San Diego, CA 92101 | Line  **3.8** ☐ Not listed. Explain ____ | _ |
| 4.24 | **Jane Doe No. 16** c/o Michael T. O'Halloran 110 West A Street, Suite 1100 San Diego, CA 92101 | Line  **3.8** ☐ Not listed. Explain ____ | _ |

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number (if known) | **20-10250-btb** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.25 | **Jane Doe No. 17**<br>c/o Holm Law Group, PC<br>Brian N. Holm, Esq.<br>12636 High Bluff Drive, Ste. 400<br>San Diego, CA 92130 | Line  **3.9**<br><br>☐  Not listed. Explain ____ | _ |
|---|---|---|---|
| 4.26 | **Jane Doe No. 17**<br>c/o Robert Hamparayan, APC<br>Attn:  Robert Hamparyan, Esq.<br>275 Market Street<br>San Diego, CA 92101 | Line  **3.9**<br><br>☐  Not listed. Explain ____ | _ |
| 4.27 | **Jane Doe No. 17**<br>c/o Michael T. O'Halloran<br>110 West A Street, Suite 1100<br>San Diego, CA 92101 | Line  **3.9**<br><br>☐  Not listed. Explain ____ | _ |
| 4.28 | **Jane Doe No. 18**<br>c/o Holm Law Group, PC<br>Brian N. Holm, Esq.<br>12636 High Bluff Drive, Ste. 400<br>San Diego, CA 92130 | Line  **3.10**<br><br>☐  Not listed. Explain ____ | _ |
| 4.29 | **Jane Doe No. 18**<br>c/o Robert Hamparayan, APC<br>Attn:  Robert Hamparyan, Esq.<br>275 Market Street<br>San Diego, CA 92101 | Line  **3.10**<br><br>☐  Not listed. Explain ____ | _ |
| 4.30 | **Jane Doe No. 18**<br>c/o Michael T. O'Halloran<br>110 West A Street, Suite 1100<br>San Diego, CA 92101 | Line  **3.10**<br><br>☐  Not listed. Explain ____ | _ |
| 4.31 | **Jane Doe No. 19**<br>c/o Holm Law Group, PC<br>Brian N. Holm, Esq.<br>12636 High Bluff Drive, Ste. 400<br>San Diego, CA 92130 | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.32 | **Jane Doe No. 19**<br>c/o Robert Hamparayan, APC<br>Attn:  Robert Hamparyan, Esq.<br>275 Market Street<br>San Diego, CA 92101 | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.33 | **Jane Doe No. 19**<br>c/o Michael T. O'Halloran<br>110 West A Street, Suite 1100<br>San Diego, CA 92101 | Line  **3.11**<br><br>☐  Not listed. Explain ____ | _ |
| 4.34 | **Jane Doe No. 2**<br>c/o Holm Law Group, PC<br>Brian N. Holm, Esq.<br>12636 High Bluff Drive, Ste. 400<br>San Diego, CA 92130 | Line  **3.12**<br><br>☐  Not listed. Explain ____ | _ |
| 4.35 | **Jane Doe No. 2**<br>c/o Robert Hamparayan, APC<br>Attn:  Robert Hamparyan, Esq.<br>275 Market Street<br>San Diego, CA 92101 | Line  **3.12**<br><br>☐  Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number (if known) | **20-10250-btb** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.36 | **Jane Doe No. 2**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line __3.12__<br><br>☐  Not listed. Explain ____ | _ |
| 4.37 | **Jane Doe No. 20**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line __3.13__<br><br>☐  Not listed. Explain ____ | _ |
| 4.38 | **Jane Doe No. 20**<br>**c/o Robert Hamparyan, APC**<br>**Attn: Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line __3.13__<br><br>☐  Not listed. Explain ____ | _ |
| 4.39 | **Jane Doe No. 20**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line __3.13__<br><br>☐  Not listed. Explain ____ | _ |
| 4.40 | **Jane Doe No. 21**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line __3.14__<br><br>☐  Not listed. Explain ____ | _ |
| 4.41 | **Jane Doe No. 21**<br>**c/o Robert Hamparyan, APC**<br>**Attn: Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line __3.14__<br><br>☐  Not listed. Explain ____ | _ |
| 4.42 | **Jane Doe No. 21**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line __3.14__<br><br>☐  Not listed. Explain ____ | _ |
| 4.43 | **Jane Doe No. 22**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line __3.15__<br><br>☐  Not listed. Explain ____ | _ |
| 4.44 | **Jane Doe No. 22**<br>**c/o Robert Hamparyan, APC**<br>**Attn: Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line __3.15__<br><br>☐  Not listed. Explain ____ | _ |
| 4.45 | **Jane Doe No. 22**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line __3.15__<br><br>☐  Not listed. Explain ____ | _ |
| 4.46 | **Jane Doe No. 3**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line __3.17__<br><br>☐  Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | DOMI PUBLICATIONS, LLC | | Case number (if known) | 20-10250-btb |
|---|---|---|---|---|

Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.47 **Jane Doe No. 3**
**c/o Robert Hamparayan, APC**
**Attn:  Robert Hamparayan, Esq.**
**275 Market Street**
**San Diego, CA 92101**

Line **3.17**

☐ Not listed. Explain ____

_

4.48 **Jane Doe No. 3**
**c/o Michael T. O'Halloran**
**110 West A Street, Suite 1100**
**San Diego, CA 92101**

Line **3.17**

☐ Not listed. Explain ____

_

4.49 **Jane Doe No. 4**
**c/o Holm Law Group, PC**
**Brian N. Holm, Esq.**
**12636 High Bluff Drive, Ste. 400**
**San Diego, CA 92130**

Line **3.18**

☐ Not listed. Explain ____

_

4.50 **Jane Doe No. 4**
**c/o Robert Hamparayan, APC**
**Attn:  Robert Hamparayan, Esq.**
**275 Market Street**
**San Diego, CA 92101**

Line **3.18**

☐ Not listed. Explain ____

_

4.51 **Jane Doe No. 4**
**c/o Michael T. O'Halloran**
**110 West A Street, Suite 1100**
**San Diego, CA 92101**

Line **3.18**

☐ Not listed. Explain ____

_

4.52 **Jane Doe No. 5**
**c/o Holm Law Group, PC**
**Brian N. Holm, Esq.**
**12636 High Bluff Drive, Ste. 400**
**San Diego, CA 92130**

Line **3.19**

☐ Not listed. Explain ____

_

4.53 **Jane Doe No. 5**
**c/o Robert Hamparayan, APC**
**Attn:  Robert Hamparyan, Esq.**
**275 Market Street**
**San Diego, CA 92101**

Line **3.19**

☐ Not listed. Explain ____

_

4.54 **Jane Doe No. 5**
**c/o Michael T. O'Halloran**
**110 West A Street, Suite 1100**
**San Diego, CA 92101**

Line **3.19**

☐ Not listed. Explain ____

_

4.55 **Jane Doe No. 6**
**c/o Holm Law Group, PC**
**Brian N. Holm, Esq.**
**12636 High Bluff Drive, Ste. 400**
**San Diego, CA 92130**

Line **3.20**

☐ Not listed. Explain ____

_

4.56 **Jane Doe No. 6**
**c/o Robert Hamparayan, APC**
**Attn:  Robert Hamparyan, Esq.**
**275 Market Street**
**San Diego, CA 92101**

Line **3.20**

☐ Not listed. Explain ____

_

4.57 **Jane Doe No. 6**
**c/o Michael T. O'Halloran**
**110 West A Street, Suite 1100**
**San Diego, CA 92101**

Line **3.20**

☐ Not listed. Explain ____

_

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number (if known) | **20-10250-btb** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.58 | **Jane Doe No. 7**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.59 | **Jane Doe No. 7**<br>**c/o Robert Hamparayan, APC**<br>**Attn: Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.60 | **Jane Doe No. 7**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |
| 4.61 | **Jane Doe No. 8**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.62 | **Jane Doe No. 8**<br>**c/o Robert Hamparayan, APC**<br>**Attn: Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.63 | **Jane Doe No. 8**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.64 | **Jane Doe No. 9**<br>**c/o Holm Law Group, PC**<br>**Brian N. Holm, Esq.**<br>**12636 High Bluff Drive, Ste. 400**<br>**San Diego, CA 92130** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.65 | **Jane Doe No. 9**<br>**c/o Robert Hamparayan, APC**<br>**Attn: Robert Hamparyan, Esq.**<br>**275 Market Street**<br>**San Diego, CA 92101** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.66 | **Jane Doe No. 9**<br>**c/o Michael T. O'Halloran**<br>**110 West A Street, Suite 1100**<br>**San Diego, CA 92101** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.67 | **Ryan Somavia**<br>**10620 So. Highlands Pkwy., #110-278**<br>**Las Vegas, NV 89141-1000** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.68 | **Tamela R. Seehase**<br>**8301 W. Charleston Blvd.**<br>**Las Vegas, NV 89117** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number (if known) | **20-10250-btb** |
|---|---|---|---|
| | Name | | |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 12,928,024.12 |
| **5c. Total of Parts 1 and 2** | | | |
| Lines 5a + 5b = 5c. | 5c. | $ | 12,928,024.12 |

2/05/20  2:15PM

**Fill in this information to identify the case:**

Debtor name   **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   **20-10250-btb**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest   **Credit card processor**<br><br>State the term remaining<br><br>List the contract number of any government contract | **CCBill, LLC**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**2353 West University Drive**<br>**Tempe, AZ 85281-7223** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest   **Credit card processor**<br><br>State the term remaining<br><br>List the contract number of any government contract | **EPOCH.COM, LLC**<br>**dba Epoch Payments Solutions**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**3110 Main Street, Ste. 220**<br>**Santa Monica, CA 90405** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest   **Website Hosting**<br><br>State the term remaining   **None - Cancelled Credit Card for Payment Post-Petition**<br><br>List the contract number of any government contract | **Webair Internet Development, Inc.**<br>**501 Franklin Ave., Suite 200**<br>**Garden City, NY 11530** |

2/05/20 2:15PM

**Fill in this information to identify the case:**

Debtor name    **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **20-10250-btb**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Andre Garcia** | **c/o Panakos Law, APC**<br>**Attn: Aarson Sadock, Esq.**<br>**San Diego, CA 92101**<br>**Co-Defendant** | **Jane Doe No. 23** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.2 | **Andre Garcia** | **c/o Panakos Law, APC**<br>**Attn: Aarson Sadock, Esq.**<br>**San Diego, CA 92101** | **Jane Doe No. 1** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.3 | **Andre Garcia** | **c/o Panakos Law, APC**<br>**Attn: Aarson Sadock, Esq.**<br>**San Diego, CA 92101** | **Jane Doe No. 10** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |
| 2.4 | **Andre Garcia** | **c/o Panakos Law, APC**<br>**Attn: Aarson Sadock, Esq.**<br>**San Diego, CA 92101** | **Jane Doe No. 11** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.5 | Andre Garcia | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | Jane Doe No. 12 | ☐ D _____<br>■ E/F ___**3.4**___<br>☐ G _____ |
| 2.6 | Andre Garcia | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | Jane Doe No. 13 | ☐ D _____<br>■ E/F ___**3.5**___<br>☐ G _____ |
| 2.7 | Andre Garcia | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | Jane Doe No. 14 | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |
| 2.8 | Andre Garcia | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | Jane Doe No. 15 | ☐ D _____<br>■ E/F ___**3.7**___<br>☐ G _____ |
| 2.9 | Andre Garcia | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | Jane Doe No. 16 | ☐ D _____<br>■ E/F ___**3.8**___<br>☐ G _____ |
| 2.10 | Andre Garcia | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | Jane Doe No. 17 | ☐ D _____<br>■ E/F ___**3.9**___<br>☐ G _____ |
| 2.11 | Andre Garcia | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | Jane Doe No. 18 | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |

---

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.12 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 19** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.13 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 2** | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.14 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 20** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.15 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 21** | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.16 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 22** | ☐ D _____<br>■ E/F __3.15__<br>☐ G _____ |
| 2.17 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 3** | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.18 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 4** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

Debtor    **DOMI PUBLICATIONS, LLC**                                    Case number *(if known)*    **20-10250-btb**

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.19 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 5** | ☐ D _____<br>▮ E/F  __3.19__<br>☐ G _____ |
| 2.20 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 6** | ☐ D _____<br>▮ E/F  __3.20__<br>☐ G _____ |
| 2.21 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 7** | ☐ D _____<br>▮ E/F  __3.21__<br>☐ G _____ |
| 2.22 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 8** | ☐ D _____<br>▮ E/F  __3.22__<br>☐ G _____ |
| 2.23 | **Andre Garcia** | c/o Panakos Law, APC<br>Attn: Aarson Sadock, Esq.<br>San Diego, CA 92101 | **Jane Doe No. 9** | ☐ D _____<br>▮ E/F  __3.23__<br>☐ G _____ |
| 2.24 | **BLL Media<br>Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101<br>Co-Defendant | **Jane Doe No. 23** | ☐ D _____<br>▮ E/F  __3.16__<br>☐ G _____ |
| 2.25 | **BLL Media<br>Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 1** | ☐ D _____<br>▮ E/F  __3.1__<br>☐ G _____ |

2/05/20  2:15PM

Debtor    **DOMI PUBLICATIONS, LLC** _____    Case number *(if known)*   **20-10250-btb** _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.26 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 10** | ☐ D _____<br>■ E/F  **3.2**<br>☐ G _____ |
| 2.27 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 11** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.28 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 12** | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |
| 2.29 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 13** | ☐ D _____<br>■ E/F  **3.5**<br>☐ G _____ |
| 2.30 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 14** | ☐ D _____<br>■ E/F  **3.6**<br>☐ G _____ |
| 2.31 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 15** | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.32 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 16 | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.33 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 17 | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.34 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 18 | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.35 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 19 | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.36 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 2 | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.37 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 20 | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| 2.38 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 21** | ☐ D ___<br>■ E/F ___ **3.14**<br>☐ G ___ |
| 2.39 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 22** | ☐ D ___<br>■ E/F ___ **3.15**<br>☐ G ___ |
| 2.40 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 3** | ☐ D ___<br>■ E/F ___ **3.17**<br>☐ G ___ |
| 2.41 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 4** | ☐ D ___<br>■ E/F ___ **3.18**<br>☐ G ___ |
| 2.42 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 5** | ☐ D ___<br>■ E/F ___ **3.19**<br>☐ G ___ |
| 2.43 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 6** | ☐ D ___<br>■ E/F ___ **3.20**<br>☐ G ___ |

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.44 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 West Beech Street, Suite 500 San Diego, CA 92101 | Jane Doe No. 7 | ☐ D _____ ■ E/F ___3.21___ ☐ G _____ |
| 2.45 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 West Beech Street, Suite 500 San Diego, CA 92101 | Jane Doe No. 8 | ☐ D _____ ■ E/F ___3.22___ ☐ G _____ |
| 2.46 | **BLL Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 West Beech Street, Suite 500 San Diego, CA 92101 | Jane Doe No. 9 | ☐ D _____ ■ E/F ___3.23___ ☐ G _____ |
| 2.47 | **BLL Media, Inc.** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 West Beech St., Suite 500 San Diego, CA 92101 Co-Defendant | Jane Doe No. 23 | ☐ D _____ ■ E/F ___3.16___ ☐ G _____ |
| 2.48 | **BLL Media, Inc.** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 1 | ☐ D _____ ■ E/F ___3.1___ ☐ G _____ |
| 2.49 | **BLL Media, Inc.** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 10 | ☐ D _____ ■ E/F ___3.2___ ☐ G _____ |

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.50 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 11** | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.51 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 12** | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.52 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 13** | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |
| 2.53 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 14** | ☐ D _____<br>■ E/F ___3.6___<br>☐ G _____ |
| 2.54 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 15** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |
| 2.55 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 15** | ☐ D _____<br>■ E/F ___3.7___<br>☐ G _____ |

---

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.56 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 16 | ☐ D _____<br>■ E/F _**3.8**_<br>☐ G _____ |
| 2.57 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 17 | ☐ D _____<br>■ E/F _**3.9**_<br>☐ G _____ |
| 2.58 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 18 | ☐ D _____<br>■ E/F _**3.10**_<br>☐ G _____ |
| 2.59 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 19 | ☐ D _____<br>■ E/F _**3.11**_<br>☐ G _____ |
| 2.60 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 19 | ☐ D _____<br>■ E/F _**3.11**_<br>☐ G _____ |
| 2.61 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 2 | ☐ D _____<br>■ E/F _**3.12**_<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.62 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 20** | ☐ D ____<br>■ E/F    **3.13**<br>☐ G ____ |
| 2.63 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 21** | ☐ D ____<br>■ E/F    **3.14**<br>☐ G ____ |
| 2.64 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 22** | ☐ D ____<br>■ E/F    **3.15**<br>☐ G ____ |
| 2.65 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 3** | ☐ D ____<br>■ E/F    **3.17**<br>☐ G ____ |
| 2.66 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 4** | ☐ D ____<br>■ E/F    **3.18**<br>☐ G ____ |
| 2.67 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 5** | ☐ D ____<br>■ E/F    **3.19**<br>☐ G ____ |

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                            *Column 2:* **Creditor**

| 2.68 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 6 | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.69 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 7 | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.70 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 8 | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.71 | **BLL Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 9 | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.72 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101<br>Co-Defendant | Jane Doe No. 23 | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.73 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 1 | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |

| | | | |
|---|---|---|---|
| 2.74 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 10** |

☐ D _____
■ E/F  **3.2**
☐ G _____

| 2.75 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 11** |

☐ D _____
■ E/F  **3.3**
☐ G _____

| 2.76 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 12** |

☐ D _____
■ E/F  **3.4**
☐ G _____

| 2.77 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 13** |

☐ D _____
■ E/F  **3.5**
☐ G _____

| 2.78 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 14** |

☐ D _____
■ E/F  **3.6**
☐ G _____

| 2.79 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 15** |

☐ D _____
■ E/F  **3.7**
☐ G _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

2/05/20 2:15PM

Debtor   **DOMI PUBLICATIONS, LLC**                              Case number *(if known)*   **20-10250-btb**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.80   **Bubblegum Films, Inc.**   c/o Panakos Law, APC  Attn: Aaron Sadock, Esq.  555 East Beech Street, Suite 500  San Diego, CA 92101   **Jane Doe No. 16**   ☐ D _____  ☑ E/F   **3.8**  ☐ G _____

2.81   **Bubblegum Films, Inc.**   c/o Panakos Law, APC  Attn: Aaron Sadock, Esq.  555 East Beech Street, Suite 500  San Diego, CA 92101   **Jane Doe No. 17**   ☐ D _____  ☑ E/F   **3.9**  ☐ G _____

2.82   **Bubblegum Films, Inc.**   c/o Panakos Law, APC  Attn: Aaron Sadock, Esq.  555 East Beech Street, Suite 500  San Diego, CA 92101   **Jane Doe No. 18**   ☐ D _____  ☑ E/F   **3.10**  ☐ G _____

2.83   **Bubblegum Films, Inc.**   c/o Panakos Law, APC  Attn: Aaron Sadock, Esq.  555 East Beech Street, Suite 500  San Diego, CA 92101   **Jane Doe No. 19**   ☐ D _____  ☑ E/F   **3.11**  ☐ G _____

2.84   **Bubblegum Films, Inc.**   c/o Panakos Law, APC  Attn: Aaron Sadock, Esq.  555 East Beech Street, Suite 500  San Diego, CA 92101   **Jane Doe No. 2**   ☐ D _____  ☑ E/F   **3.12**  ☐ G _____

2.85   **Bubblegum Films, Inc.**   c/o Panakos Law, APC  Attn: Aaron Sadock, Esq.  555 East Beech Street, Suite 500  San Diego, CA 92101   **Jane Doe No. 20**   ☐ D _____  ☑ E/F   **3.13**  ☐ G _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                                      *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.86 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 21 | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.87 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 22 | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.88 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 3 | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.89 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 5 | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.90 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 6 | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.91 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 7 | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |

Debtor    **DOMI PUBLICATIONS, LLC**                                Case number *(if known)*    **20-10250-btb**

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.92 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 8** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.93 | **Bubblegum Films, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 9** | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.94 | **Clockwork Productions, Inc.** | c/o Sergio Becerrill, Registered Agent<br>75 Williar Ave.<br>San Francisco, CA 94112<br>Co-Defendant | **Jane Doe No. 23** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.95 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101<br>Co-Defendant | **Jane Doe No. 23** | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.96 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 1** | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.97 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 10** | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.98 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 11 | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.99 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 12 | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.100 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 13 | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.101 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 14 | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.102 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 15 | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.103 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 16 | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |

2/05/20  2:15PM

Debtor    **DOMI PUBLICATIONS, LLC**                    Case number *(if known)*    **20-10250-btb**

███  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.10 4 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 17** | ☐ D _____<br>■ E/F ___**3.9**___<br>☐ G _____ |
| 2.10 5 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 18** | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |
| 2.10 6 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 19** | ☐ D _____<br>■ E/F ___**3.11**___<br>☐ G _____ |
| 2.10 7 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 2** | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |
| 2.10 8 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 20** | ☐ D _____<br>■ E/F ___**3.13**___<br>☐ G _____ |
| 2.10 9 | **EG Publications, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 21** | ☐ D _____<br>■ E/F ___**3.14**___<br>☐ G _____ |

Debtor    **DOMI PUBLICATIONS, LLC**          Case number *(if known)*  **20-10250-btb**

---

**Additional Page to List More Codebtors**

| | Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
|---|---|
| | Column 1: **Codebtor** | Column 2: **Creditor** |

| 2.110 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 22 | ☐ D _____<br>■ E/F ___**3.15**___<br>☐ G _____ |
| 2.111 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 3 | ☐ D _____<br>■ E/F ___**3.17**___<br>☐ G _____ |
| 2.112 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 4 | ☐ D _____<br>■ E/F ___**3.18**___<br>☐ G _____ |
| 2.113 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 5 | ☐ D _____<br>■ E/F ___**3.19**___<br>☐ G _____ |
| 2.114 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 6 | ☐ D _____<br>■ E/F ___**3.20**___<br>☐ G _____ |
| 2.115 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 7 | ☐ D _____<br>■ E/F ___**3.21**___<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| 2.116 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 8 | ☐ D _____<br>■ E/F  **3.22**<br>☐ G _____ |
| 2.117 | EG Publications, Inc. | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 9 | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ |
| 2.118 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101<br>Co-Defendant | Jane Doe No. 23 | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ |
| 2.119 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 10 | ☐ D _____<br>■ E/F  **3.2**<br>☐ G _____ |
| 2.120 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 1 | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ |
| 2.121 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 11 | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.122 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 12 | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |

---

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

█████ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                                    *Column 2:* **Creditor**

| 2.12 3 | GIRLSDOPORN. COM | c/o Panakos Law, APC 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 13 | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |

| 2.12 4 | GIRLSDOPORN. COM | c/o Panakos Law, APC 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 14 | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |

| 2.12 5 | GIRLSDOPORN. COM | c/o Panakos Law, APC 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 15 | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |

| 2.12 6 | GIRLSDOPORN. COM | c/o Panakos Law, APC 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 16 | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |

| 2.12 7 | GIRLSDOPORN. COM | c/o Panakos Law, APC 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 17 | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |

| 2.12 8 | GIRLSDOPORN. COM | c/o Panakos Law, APC 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 18 | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |

| 2.12 9 | GIRLSDOPORN. COM | c/o Panakos Law, APC 555 West Beech St., Suite 500 San Diego, CA 92101 | Jane Doe No. 19 | ☐ D _____ ■ E/F __3.11__ ☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

| 2.13 0 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 2 | ☐ D ____<br>■ E/F ___**3.12**___<br>☐ G ____ |
|---|---|---|---|---|
| 2.13 1 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 20 | ☐ D ____<br>■ E/F ___**3.13**___<br>☐ G ____ |
| 2.13 2 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 21 | ☐ D ____<br>■ E/F ___**3.14**___<br>☐ G ____ |
| 2.13 3 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 22 | ☐ D ____<br>■ E/F ___**3.15**___<br>☐ G ____ |
| 2.13 4 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 3 | ☐ D ____<br>■ E/F ___**3.17**___<br>☐ G ____ |
| 2.13 5 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 4 | ☐ D ____<br>■ E/F ___**3.18**___<br>☐ G ____ |
| 2.13 6 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 5 | ☐ D ____<br>■ E/F ___**3.19**___<br>☐ G ____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.13 7 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 6 | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.13 8 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 7 | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.13 9 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 8 | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.14 0 | GIRLSDOPORN. COM | c/o Panakos Law, APC<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 9 | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.14 1 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101<br>Co-Defendant | Jane Doe No. 23 | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.14 2 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 1 | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.14 3 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 10 | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ |

---

Debtor    **DOMI PUBLICATIONS, LLC** _____    Case number *(if known)*    **20-10250-btb**

---

███    **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 4 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn: Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 11 | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.14 5 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn: Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 12 | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |
| 2.14 6 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn: Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 13 | ☐ D _____<br>■ E/F  **3.5**<br>☐ G _____ |
| 2.14 7 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn: Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 14 | ☐ D _____<br>■ E/F  **3.6**<br>☐ G _____ |
| 2.14 8 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn: Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 15 | ☐ D _____<br>■ E/F  **3.7**<br>☐ G _____ |
| 2.14 9 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn: Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 16 | ☐ D _____<br>■ E/F  **3.8**<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.15 0 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 17 | ☐ D _____<br>■ E/F ___3.9___<br>☐ G _____ |
| 2.15 1 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 18 | ☐ D _____<br>■ E/F ___3.10___<br>☐ G _____ |
| 2.15 2 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 19 | ☐ D _____<br>■ E/F ___3.11___<br>☐ G _____ |
| 2.15 3 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 2 | ☐ D _____<br>■ E/F ___3.12___<br>☐ G _____ |
| 2.15 4 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 20 | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.15 5 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 21 | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**        *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.15 6 | **Matthew Wolfe** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 22** | ☐ D _____<br>■ E/F   __3.15__<br>☐ G _____ |
| 2.15 7 | **Matthew Wolfe** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 3** | ☐ D _____<br>■ E/F   __3.17__<br>☐ G _____ |
| 2.15 8 | **Matthew Wolfe** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 4** | ☐ D _____<br>■ E/F   __3.18__<br>☐ G _____ |
| 2.15 9 | **Matthew Wolfe** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 5** | ☐ D _____<br>■ E/F   __3.19__<br>☐ G _____ |
| 2.16 0 | **Matthew Wolfe** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 6** | ☐ D _____<br>■ E/F   __3.20__<br>☐ G _____ |
| 2.16 1 | **Matthew Wolfe** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 7** | ☐ D _____<br>■ E/F   __3.21__<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.16 2 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 8 | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ | |
| 2.16 3 | Matthew Wolfe | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech St., Suite 500<br>San Diego, CA 92101 | Jane Doe No. 9 | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ | |
| 2.16 4 | Merro Media Holdings, LLC | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101<br>Co-Defendant | Jane Doe No. 23 | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ | |
| 2.16 5 | Merro Media Holdings, LLC | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 1 | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ | |
| 2.16 6 | Merro Media Holdings, LLC | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 10 | ☐ D _____<br>■ E/F ___3.2___<br>☐ G _____ | |
| 2.16 7 | Merro Media Holdings, LLC | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 11 | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ | |

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.168 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 East Beech Street, Suite 500 San Diego, CA 92101 | **Jane Doe No. 12** | ☐ D _____  ■ E/F __3.4__  ☐ G _____ |
| 2.169 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 East Beech Street, Suite 500 San Diego, CA 92101 | **Jane Doe No. 13** | ☐ D _____  ■ E/F __3.5__  ☐ G _____ |
| 2.170 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 East Beech Street, Suite 500 San Diego, CA 92101 | **Jane Doe No. 14** | ☐ D _____  ■ E/F __3.6__  ☐ G _____ |
| 2.171 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 East Beech Street, Suite 500 San Diego, CA 92101 | **Jane Doe No. 15** | ☐ D _____  ■ E/F __3.7__  ☐ G _____ |
| 2.172 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 East Beech Street, Suite 500 San Diego, CA 92101 | **Jane Doe No. 16** | ☐ D _____  ■ E/F __3.8__  ☐ G _____ |
| 2.173 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC Attn:  Aaron Sadock, Esq. 555 East Beech Street, Suite 500 San Diego, CA 92101 | **Jane Doe No. 17** | ☐ D _____  ■ E/F __3.9__  ☐ G _____ |

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                                                  *Column 2:* **Creditor**

2.17
4
Merro Media
Holdings, LLC
c/o Panakos Law, APC
Attn:  Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101
Jane Doe No. 18
☐ D _____
■ E/F   **3.10**
☐ G _____

2.17
5
Merro Media
Holdings, LLC
c/o Panakos Law, APC
Attn:  Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101
Jane Doe No. 19
☐ D _____
■ E/F   **3.11**
☐ G _____

2.17
6
Merro Media
Holdings, LLC
c/o Panakos Law, APC
Attn:  Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101
Jane Doe No. 2
☐ D _____
■ E/F   **3.12**
☐ G _____

2.17
7
Merro Media
Holdings, LLC
c/o Panakos Law, APC
Attn:  Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101
Jane Doe No. 20
☐ D _____
■ E/F   **3.13**
☐ G _____

2.17
8
Merro Media
Holdings, LLC
c/o Panakos Law, APC
Attn:  Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101
Jane Doe No. 21
☐ D _____
■ E/F   **3.14**
☐ G _____

2.17
9
Merro Media
Holdings, LLC
c/o Panakos Law, APC
Attn:  Aaron Sadock, Esq.
555 East Beech Street, Suite 500
San Diego, CA 92101
Jane Doe No. 22
☐ D _____
■ E/F   **3.15**
☐ G _____

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.18 0 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 3** | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.18 1 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 4** | ☐ D _____<br>■ E/F   **3.18**<br>☐ G _____ |
| 2.18 2 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 5** | ☐ D _____<br>■ E/F   **3.19**<br>☐ G _____ |
| 2.18 3 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 6** | ☐ D _____<br>■ E/F   **3.20**<br>☐ G _____ |
| 2.18 4 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 7** | ☐ D _____<br>■ E/F   **3.21**<br>☐ G _____ |
| 2.18 5 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 8** | ☐ D _____<br>■ E/F   **3.22**<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.18 6 | **Merro Media Holdings, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 9** | ☐ D _____<br>■ E/F  **3.23**<br>☐ G _____ | |
| 2.18 7 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101<br>**Co-Defendant** | **Jane Doe No. 23** | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ | |
| 2.18 8 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 1** | ☐ D _____<br>■ E/F  **3.1**<br>☐ G _____ | |
| 2.18 9 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 10** | ☐ D _____<br>■ E/F  **3.2**<br>☐ G _____ | |
| 2.19 0 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 11** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ | |
| 2.19 1 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 12** | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ | |

| Debtor | **DOMI PUBLICATIONS, LLC** | | Case number *(if known)* | **20-10250-btb** |

---

■  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.19 2 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 13** | ☐ D _____<br>■ E/F ___**3.5**___<br>☐ G _____ |
| 2.19 3 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 14** | ☐ D _____<br>■ E/F ___**3.6**___<br>☐ G _____ |
| 2.19 4 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 16** | ☐ D _____<br>■ E/F ___**3.8**___<br>☐ G _____ |
| 2.19 5 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 17** | ☐ D _____<br>■ E/F ___**3.9**___<br>☐ G _____ |
| 2.19 6 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 18** | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |
| 2.19 7 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 2** | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.198 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 20** | ☐ D _____<br>■ E/F ___3.13___<br>☐ G _____ |
| 2.199 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 21** | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.200 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 22** | ☐ D _____<br>■ E/F ___3.15___<br>☐ G _____ |
| 2.201 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 3** | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.202 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 4** | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.203 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 5** | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| 2.20 4 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 6** | ☐ D ____<br>■ E/F ___**3.20**___<br>☐ G ____ |
| 2.20 5 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 7** | ☐ D ____<br>■ E/F ___**3.21**___<br>☐ G ____ |
| 2.20 6 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 8** | ☐ D ____<br>■ E/F ___**3.22**___<br>☐ G ____ |
| 2.20 7 | **Merro Media, Inc.** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 East Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 9** | ☐ D ____<br>■ E/F ___**3.23**___<br>☐ G ____ |
| 2.20 8 | **Michael Pratt** | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101<br>**Co-Defendant** | **Jane Doe No. 23** | ☐ D ____<br>■ E/F ___**3.16**___<br>☐ G ____ |
| 2.20 9 | **Michael Pratt** | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | **Jane Doe No. 1** | ☐ D ____<br>■ E/F ___**3.1**___<br>☐ G ____ |
| 2.21 0 | **Michael Pratt** | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | **Jane Doe No. 10** | ☐ D ____<br>■ E/F ___**3.2**___<br>☐ G ____ |

---

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.21 1 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 11 | ☐ D ____<br>■ E/F ___ **3.3**<br>☐ G ____ |
| 2.21 2 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 12 | ☐ D ____<br>■ E/F ___ **3.4**<br>☐ G ____ |
| 2.21 3 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 13 | ☐ D ____<br>■ E/F ___ **3.5**<br>☐ G ____ |
| 2.21 4 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 14 | ☐ D ____<br>■ E/F ___ **3.6**<br>☐ G ____ |
| 2.21 5 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 15 | ☐ D ____<br>■ E/F ___ **3.7**<br>☐ G ____ |
| 2.21 6 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 16 | ☐ D ____<br>■ E/F ___ **3.8**<br>☐ G ____ |
| 2.21 7 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 17 | ☐ D ____<br>■ E/F ___ **3.9**<br>☐ G ____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|

▊ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.218 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 18 | ☐ D _____<br>■ E/F ___**3.10**___<br>☐ G _____ |
| 2.219 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 19 | ☐ D _____<br>■ E/F ___**3.11**___<br>☐ G _____ |
| 2.220 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 2 | ☐ D _____<br>■ E/F ___**3.12**___<br>☐ G _____ |
| 2.221 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 20 | ☐ D _____<br>■ E/F ___**3.13**___<br>☐ G _____ |
| 2.222 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 21 | ☐ D _____<br>■ E/F ___**3.14**___<br>☐ G _____ |
| 2.223 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 22 | ☐ D _____<br>■ E/F ___**3.15**___<br>☐ G _____ |
| 2.224 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 3 | ☐ D _____<br>■ E/F ___**3.17**___<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.225 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 4 | ☐ D _____<br>■ E/F ___3.18___<br>☐ G _____ |
| 2.226 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 5 | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.227 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 6 | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.228 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 7 | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
| 2.229 | Michael Pratt | c/o Panakos Law, APC<br>555 West Beech St.<br>San Diego, CA 92101 | Jane Doe No. 9 | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.230 | MIM Media, LLC | c/o Panakos Law, APC<br>Attn: Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101<br>Co-Defendant | Jane Doe No. 23 | ☐ D _____<br>■ E/F ___3.16___<br>☐ G _____ |
| 2.231 | MIM Media, LLC | c/o Panakos Law, APC<br>Attn: Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | Jane Doe No. 1 | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |

---

| Debtor | **DOMI PUBLICATIONS, LLC** | | | Case number *(if known)* | **20-10250-btb** |

---

████ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**        Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.23 2 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 10** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.23 3 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 11** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.23 4 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 12** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.23 5 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 13** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.23 6 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 14** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.23 7 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 15** | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |

Debtor    **DOMI PUBLICATIONS, LLC**                                      Case number *(if known)*    **20-10250-btb**

| ▮ | **Additional Page to List More Codebtors** | | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                              *Column 2:* **Creditor**

| 2.238 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 16** | ☐ D _____<br>▮ E/F ___**3.8**___<br>☐ G _____ |
| 2.239 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 17** | ☐ D _____<br>▮ E/F ___**3.9**___<br>☐ G _____ |
| 2.240 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 18** | ☐ D _____<br>▮ E/F ___**3.10**___<br>☐ G _____ |
| 2.241 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 19** | ☐ D _____<br>▮ E/F ___**3.11**___<br>☐ G _____ |
| 2.242 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 2** | ☐ D _____<br>▮ E/F ___**3.12**___<br>☐ G _____ |
| 2.243 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 20** | ☐ D _____<br>▮ E/F ___**3.13**___<br>☐ G _____ |

2/05/20 2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                 Column 2: **Creditor**

| 2.244 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 21** | ☐ D ____<br>■ E/F __3.14__<br>☐ G ____ |
| 2.245 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 22** | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.246 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 3** | ☐ D ____<br>■ E/F __3.17__<br>☐ G ____ |
| 2.247 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 4** | ☐ D ____<br>■ E/F __3.18__<br>☐ G ____ |
| 2.248 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 5** | ☐ D ____<br>■ E/F __3.19__<br>☐ G ____ |
| 2.249 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 6** | ☐ D ____<br>■ E/F __3.20__<br>☐ G ____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.250 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 7** | ☐ D ____<br>■ E/F ___3.21___<br>☐ G ____ |
| 2.251 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 8** | ☐ D ____<br>■ E/F ___3.22___<br>☐ G ____ |
| 2.252 | **MIM Media, LLC** | c/o Panakos Law, APC<br>Attn:  Aaron Sadock, Esq.<br>555 West Beech Street, Suite 500<br>San Diego, CA 92101 | **Jane Doe No. 9** | ☐ D ____<br>■ E/F ___3.23___<br>☐ G ____ |
| 2.253 | **Oh Well Media, LLC** | **Co-Defendant (Defaulted)** | **Jane Doe No. 1** | ☐ D ____<br>■ E/F ___3.1___<br>☐ G ____ |
| 2.254 | **Oh Well Media, LLC** | **Co-Defendant (Defaulted)** | **Jane Doe No. 10** | ☐ D ____<br>■ E/F ___3.2___<br>☐ G ____ |
| 2.255 | **Oh Well Media, LLC** | **Co-Defendant (Defaulted)** | **Jane Doe No. 11** | ☐ D ____<br>■ E/F ___3.3___<br>☐ G ____ |
| 2.256 | **Oh Well Media, LLC** | **Co-Defendant (Defaulted)** | **Jane Doe No. 12** | ☐ D ____<br>■ E/F ___3.4___<br>☐ G ____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.25 7 | Oh Well Media, LLC | Co-Defendant (Defaulted) | Jane Doe No. 13 | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.25 8 | Oh Well Media, LLC | Co-Defendant (Defaulted) | Jane Doe No. 14 | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.25 9 | Oh Well Media, LLC | Co-Defendant (Defaulted) | Jane Doe No. 15 | ☐ D _____<br>■ E/F __3.7__<br>☐ G _____ |
| 2.26 0 | Oh Well Media, LLC | Co-Defendant (Defaulted) | Jane Doe No. 16 | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.26 1 | Oh Well Media, LLC | Co-Defendant (Defaulted) | Jane Doe No. 17 | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.26 2 | Oh Well Media, LLC | Co-Defendant (Defaulted) | Jane Doe No. 18 | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.26 3 | Oh Well Media, LLC | Co-Defendant (Defaulted) | Jane Doe No. 19 | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.26 4 | Oh Well Media, LLC | Co-Defendant (Defaulted) | Jane Doe No. 2 | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |

Debtor    **DOMI PUBLICATIONS, LLC**                         Case number *(if known)*   **20-10250-btb**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.26 5 | Oh Well Media, LLC  Co-Defendant (Defaulted) | Jane Doe No. 20 | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.26 6 | Oh Well Media, LLC  Co-Defendant (Defaulted) | Jane Doe No. 21 | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.26 7 | Oh Well Media, LLC  Co-Defendant (Defaulted) | Jane Doe No. 22 | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.26 8 | Oh Well Media, LLC  Co-Defendant (Defaulted) | Jane Doe No. 23 | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.26 9 | Oh Well Media, LLC  Co-Defendant (Defaulted) | Jane Doe No. 3 | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.27 0 | Oh Well Media, LLC  Co-Defendant (Defaulted) | Jane Doe No. 4 | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.27 1 | Oh Well Media, LLC  Co-Defendant (Defaulted) | Jane Doe No. 5 | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.27 2 | Oh Well Media, LLC  Co-Defendant (Defaulted) | Jane Doe No. 6 | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.27 3 | **Oh Well Media, LLC** | Co-Defendant (Defaulted) | **Jane Doe No. 7** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.27 4 | **Oh Well Media, LLC** | Co-Defendant (Defaulted) | **Jane Doe No. 8** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.27 5 | **Oh Well Media, LLC** | Co-Defendant (Defaulted) | **Jane Doe No. 9** | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.27 6 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 1** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.27 7 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 10** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.27 8 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 11** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.27 9 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 12** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.28 0 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 13** | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

---

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |
|---|---|---|

| 2.28 1 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 14** | ☐ D _____ <br> ▮ E/F  **3.6** <br> ☐ G _____ |
| 2.28 2 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 15** | ☐ D _____ <br> ▮ E/F  **3.7** <br> ☐ G _____ |
| 2.28 3 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 16** | ☐ D _____ <br> ▮ E/F  **3.8** <br> ☐ G _____ |
| 2.28 4 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 17** | ☐ D _____ <br> ▮ E/F  **3.9** <br> ☐ G _____ |
| 2.28 5 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 18** | ☐ D _____ <br> ▮ E/F  **3.10** <br> ☐ G _____ |
| 2.28 6 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 19** | ☐ D _____ <br> ▮ E/F  **3.11** <br> ☐ G _____ |
| 2.28 7 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 2** | ☐ D _____ <br> ▮ E/F  **3.12** <br> ☐ G _____ |
| 2.28 8 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 20** | ☐ D _____ <br> ▮ E/F  **3.13** <br> ☐ G _____ |

---

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| 2.28 9 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 21** | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
|---|---|---|---|---|
| 2.29 0 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 22** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.29 1 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 23** | ☐ D _____ ■ E/F __3.16__ ☐ G _____ |
| 2.29 2 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 3** | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.29 3 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 4** | ☐ D _____ ■ E/F __3.18__ ☐ G _____ |
| 2.29 4 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 5** | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.29 5 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 6** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.29 6 | **Sidle Media Limited** | Co-Defendant (Defaulted) | **Jane Doe No. 7** | ☐ D _____ ■ E/F __3.21__ ☐ G _____ |

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* | **20-10250-btb** |

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.29<br>7 | **Sidle Media Limited**      Co-Defendant (Defaulted) | Jane Doe No. 8 | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.29<br>8 | **Sidle Media Limited**      Co-Defendant (Defaulted) | Jane Doe No. 9 | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name  **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  **20-10250-btb**

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $78,682.34 |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $2,006,967.62 |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $2,172,644.95 |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

2/05/20  2:15PM

Debtor    **DOMI PUBLICATIONS, LLC**                                    Case number *(if known)*  **20-10250-btb**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express** Attn: Bankruptcy Dept. / Managing Agent PO Box 0001 Los Angeles, CA 90096-8000 | **See attached schedule** | $131,568.81 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.2. **George Rikos Law** Attn:  George Rikos, Esq. 225 Broadway, Ste 2100 San Diego, CA 92101-5014 | **See attached schedule** | $70,334.79 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **Internal Revenue Service** Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | **12/19/19** | $21,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Taxes** |
| 3.4. **Duane Morris LLP** Attn:  Michael L. Lipman 750 B. Street, Suite 2900 San Diego, CA 92101-4681 | **11/12/19** | $7,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.5. **CC Bill, LLC** Attn:  Managing Agent/Bankruptcy Dep't 2353 W. University Ave. Tempe, AZ 85281 | **11/13/19 (Reversal)** | $26,069.24 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.6. **Free Spirit Partners, LLC** Attn: Doug Wiederhold, Managing Member 10620 So. Highlannds Pkwy., #110-334 Las Vegas, NV 89141 | **11/18/19 for $2,000.00; 12/17/19 for $5,500.00** | $7,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.7. **Black & Cherry Real Estate Group** 2421 W. Horizon Ridge Parkway, Suite 110 Henderson, NV 89052 | **11/4/19 for $5,795.00; 12/2/19 for $5,795.00; and 1/2/20 for $5,795.00** | $17,385.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.8. **Law Offices of Clyde DeWitt, PC** Attn:  Clyde DeWitt, Esq. P.O. Box 26185 Las Vegas, NV 89126-0185 | **12/2/19** | $7,081.69 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

2/05/20  2:15PM

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number *(if known)* **20-10250-btb** |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Michael J. Pratt**<br>**969 Market St. # 1006**<br>**San Diego, CA 92101**<br>**Former Manager and Member** | **See attached schedule** | **$358,000.00** | **See attached schedule** |
| 4.2.  **Douglas J. Weiderhold**<br>**10620 So. Highlands Pkwy, # 110-334**<br>**Las Vegas, NV 89141**<br>**Manager and Member** | **See attached schedule** | **$843,027.02** | **See attached schedule** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

2/05/20  2:15PM

Debtor    **DOMI PUBLICATIONS, LLC**                                    Case number *(if known)*  **20-10250-btb**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **JANE DOE NOS. 1-22 v. GIRLSDOPORN.COM, MICHAEL J. PRATT, ANDRE GARCIA; MATTHEW WOLFE; BLL MEDIA, INC.; BLL MEDIA HOLDINGS, LLC; DOMI PUBLICATIONS, LLC; EG PUBLICATIONS, INC.; M1M MEDIA, LLC; BUBBLEGUM FILMS, INC.; OH WELL MEDIA LIMITED; MERRO MEDIA, INC.; MERRO MEDIA HOLDINGS, LLC; and ROES 1-550 37-2016-00019027-CU-FR-CTL (Lead Case)** | **Consolidated with Case No.: 37-2017-00033321-CU-FR-CTL, and 37-2017-00043712-CU-FR-CTL. Claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of contract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.** | **Superior Ct. of California, San Diego 330 W. Broadway San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **JANE DOE NO. 23 v. v. GIRLSDOPORN.COM, MICHAEL J. PRATT, RUBEN "ANDRE" GARCIA; MATTHEW WOLFE; BLL MEDIA, INC.; BLL MEDIA HOLDINGS, LLC; DOMI PUBLICATIONS, LLC; EG PUBLICATIONS, INC.; M1M MEDIA, LLC; BUBBLEGUM FILMS, INC.; OH WELL MEDIA LIMITED; MERRO MEDIA, INC.; CLOCKWORK PRODUCTIONS, INC.; UHD PRODUCTIONS, LLC; BUBBLEGUM FILS, LTD.; GREENHILL SERVIES, LTD.; SIDLE MEDIA LIMITED; and JANE DOES 1-100 37-2019-00070147-CU-NP-CTL** | **Filed on December 30, 2019.  Claims for misappropriation of name and likeness, intentional infliction of emotion distress, breach of contract, unlawful and fraudulent business practices, fraudulent transfer, declaratory relief, et al.** | **Superior Ct. of California, San Diego 330 W. Broadway San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **JANE DOE NOS. 1-22 v. GIRLSDOPORN.COM, et al. 190900023 and 190400003** | **Out of state subpoena and discovery in aid of California action, dated 1/3/19** | **Third District Court, Salt Lake County 450 State St. Salt Lake City, UT 84111** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **DOMI PUBLICATIONS, LLC**                                        Case number *(if known)*  **20-10250-btb**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. **JANE DOE NOS.1-14 v. GIRLSDOPORN, ET AL. (In re Michael J. Pratt)**<br>**Case No.**<br>**3:19-cv-00160-WQH-BLM** | **Notice of Removal filed by Michael J. Pratt on 1/24/19, by order dated 2/15/19 this case was referred to the United States Bankruptcy Court for the Southern District of California** | **United States District Court for the Southern District of California**<br>**333 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. **Jane Does Nos. 15-22 v. Domi Publicationss, LLC**<br>**D074514** | **Appeal** | **California 4th District Ct. of Appeal**<br>**Division 1**<br>**Attn:  Justice McConnell**<br>**750 B Street, Suite 300**<br>**San Diego, CA 92101** | ☐ Pending<br>■ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Fraud Law Group, PLC**<br>**Faith A. Devine, as Receiver**<br>**5857 Owens Avenue, Suite 300**<br>**Carlsbad, CA 92008** | **No known property of debtor in receiver's possession, but (conditional) order appointing receiver entered on January 9, 2020, but fully subject to further hearing to be held on January 30, 2020.** | **Unknown** |
| | **Case title**<br>**Jane Does 1-22 v. GIRLSDOPORN.COM, et al**<br>**Case number**<br>**37-2016-00019027-CU-FR-CTL (Lead)**<br>**Date of order or assignment**<br>**January 9, 2020** | **Court name and address**<br>**Superior Court of California, San Diego**<br>**Attn:  Hon. Joel R. Wohlfeil**<br>**330 W. Broadway**<br>**San Diego, CA 92101** |

## Part 4:    Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Debtor     **DOMI PUBLICATIONS, LLC**                               Case number *(if known)*  **20-10250-btb**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1.** **Larson Zirzow Kaplan & Cottner**<br>**Attn:  Matthew C. Zirzow, Esq.**<br>**850 E. Bonnville Ave.**<br>**Las Vegas, NV 89101** |  | **1/10/20** | **$7,500.00** |
| **Email or website address**<br>**mzirzow@lzkclaw.com** |  |  |  |
| **Who made the payment, if not debtor?** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1.** **Michael J. Pratt**<br>**969 Market St., #1006**<br>**San Diego, CA 92101** | **Payments pursuant to Buyout Agreement, whch were tendered to Panakos Law and detailed in repsonse to questions 4 and 30.** | **See attached schedule** | **$84,000.00** |
| **Relationship to debtor**<br>**Former Manager and Member** |  |  |  |

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **DOMI PUBLICATIONS, LLC**                                    Case number *(if known)*  **20-10250-btb**

---

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| | |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

---

Debtor    **DOMI PUBLICATIONS, LLC**                                          Case number *(if known)* **20-10250-btb**

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Official Form 207                      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                      page  **8**

2/05/20  2:15PM

| Debtor | DOMI PUBLICATIONS, LLC | Case number *(if known)* 20-10250-btb |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Myers & Ohira** **3333 East Serene Ave., Suite 200** **Henderson, NV 89740** | **2018-Present** |
| 26a.2. | **YJE & Company, Inc.** **1820 E. Warm Springs Rd., Suite 100** **Las Vegas, NV 89119** | **2016-2018** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Douglas J. Weiderhold | 10620 So. Highlands Pkwy, # 110-334 Las Vegas, NV 89141 | Manager and Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

Debtor    **DOMI PUBLICATIONS, LLC**                                      Case number *(if known)*  **20-10250-btb**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Michael J. Pratt | 969 Market Street #1006 San Diego, CA 92101 | Former 50% Member and Former Co-Manager | Inception on or about 5/11/15 through resignation on 8/18/2019; Membership Interest Buyout Agreement and Assignment of Membership Interest executed on 8/18/19 and 9/12/19, respectively |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Douglas Weiderhold 10620 So. Highlands Pkwy, # 110-334 Las Vegas, NV 89141** | See attached schedule | See attached schedule | **Employment, including salary and fringe benefits.** |
| **Relationship to debtor Manager and Member** | | | |
| 30.2. | | | **Employment, including salary and benefits, as well as payments pursuant to Buyout Agreement.** |
| **Michael J. Pratt 969 Market St., #1006 San Diego, CA 09210-1000** | See attached schedule | See attached schedule | |
| **Relationship to debtor Former Manager and Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

**Fill in this information to identify the case:**

Debtor name      **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)   **20-10250-btb**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February  5, 2020**

Signature of individual signing on behalf of the debtor

**Douglas J. Wiederhold**
Printed name

Position or relationship to debtor    **Member-Manager**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **DOMI PUBLICATIONS, LLC** _____   Case No.   **20-10250-btb** _____
                                        Debtor(s)                      Chapter    **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

     ■ Debtor     □ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor     □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of Debtor in any adversary proceedings, non-bankruptcy court litigation, appeals, or audits.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  5, 2020** _____
*Date*

_____
Matthew C. Zirzow 7222
*Signature of Attorney*
**LARSON ZIRZOW KAPLAN & COTTNER**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170  Fax: 702-382-1169**
**mzirzow@lzkclaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Nevada

| | | | |
|---|---|---|---|
| In re | **DOMI PUBLICATIONS, LLC** | Case No. | **20-10250-btb** |
| | Debtor(s) | Chapter | **7** |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __DOMI PUBLICATIONS, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Douglas J. Weiderhold
10620 So. Highlands Pkwy, # 110-334
Las Vegas, NV 89141

☐ None [*Check if applicable*]

February 5, 2020
Date

Matthew C. Zirzow 7222
Signature of Attorney or Litigant
Counsel for   **DOMI PUBLICATIONS, LLC**
**LARSON ZIRZOW KAPLAN & COTTNER**
850 E. Bonneville Ave.
Las Vegas, NV 89101
702-382-1170 Fax:702-382-1169
mzirzow@lzkclaw.com

Parties added 2/5/2020

AMERICAN EXPRESS
ATTN: BANKRUPTCY DEPT.
P.O. BOX 0001
LOS ANGELES, CA  90096-8000

CITIBANK CBO SERVICES
ATTN:  BANKRUPTCY DEPT.
P.O. BOX 6201
SIOUX FALLS, SD  57117-6201

WELLS FARGO BANK, N.A.
ATTN: BANKRUPTCY DEPT.
P.O. BOX 6995
PORTLAND, OR  97228-6995

CCBILL, LLC
ATTN: BK DEPT/MANAGING AGENT
2353 WEST UNIVERSITY DRIVE
TEMPE, AZ 85281-7223

EPOCH.COM, LLC
DBA EPOCH PAYMENTS SOLUTIONS
ATTN: BK DEPT/MANAGING AGENT
3110 MAIN STREET, STE. 220
SANTA MONICA, CA 90405

MARGO J. TURNER-DEAN
10620 SO. HIGHLANDS PKWY., #110-334
LAS VEGAS, NV 89141

PARKER C. HELLMAN
7556 GRIST MILL CT.
LAS VEGAS, NV 89113

RYAN SOMAVIA
C/O NEVADA DETR
500 E. THIRD ST.
CARSON CITY, NV 89713-0035

RYAN SOMAVIA
10620 SO. HIGHLANDS PKWY., #110-278
LAS VEGAS, NV 89141-1000

TAMELA R. SEEHASE
8301 W. CHARLESTON BLVD.
LAS VEGAS, NV 89117

TAMELA SEEHASE
C/O NEVADA DETR
500 E. THIRD ST.
CARSON CITY, NV 89713-0035

WALTERS LAW GROUP
ATTN: LAWRENCE G. WALTERS, ESQ.
195 W. PINE AVENUE
LONGWOOD, FL 32750-4104

WEBAIR INTERNET DEVELOP., INC.
501 FRANKLIN AVE., SUITE 200
GARDEN CITY, NY 11530

# SCHEDULE B ATTACHMENT

**Domi Publications, LLC - Attachment to Schedule B (Personal Property)**

| Item Description | Est. Value |
|---|---|
| **Office Furniture** | |
| IKEA Furniture | $200 |
| Office Table (New Life Furniture) | $400 |
| Office Chairs (RC Willey) | $200 |
| Dry Erase Board (New Life Furniture) | $100 |
| Penthouse Furniture Couch and Chair | $900 |
| Living Penthouse Chair | $80 |
| **Total** | **$1,880** |
| | |
| **Equipment** | |
| Apple Ipad | $200 |
| Apple MacBook Computer | $1,200 |
| Photocore Processor | $0 |
| SLR Camera 77D Canon | $350 |
| 24-70mm F2.8L EF II | $450 |
| 70-200mm F2.8L IS EF | $550 |
| AV Mixer Roland V-1HD | $600 |
| Asus Laptop Computer | $200 |
| Camera Lighting | $275 |
| Computer | $100 |
| Diva-Lite LED 20 DMX kit | $2,000 |
| EOS C200 EF Camera | $1,500 |
| Camera Equipment Various items | $3,500 |
| Computer Equipment | $500 |
| **Total** | **$11,425** |

STATEMENT OF FINANCIAL AFFAIRS ATTACHMENT

**Domi Publications, LLC - Attachment to Statement of Financial Affairs**

**Payments to American Express (90 Days Prepetition)**

| | |
|---|---|
| 11/1/2019 | $15,000.00 |
| 10/21/2019 | $13,710.87 |
| 10/21/2019 | $10,000.00 |
| 11/8/2019 | $7,000.00 |
| 11/12/2019 | $7,250.09 |
| 11/12/2019 | $2,000.00 |
| 11/12/2019 | $10,000.00 |
| 11/15/2019 | $2,613.19 |
| 11/18/2019 | $600.00 |
| 12/9/2019 | $16,732.92 |
| 1/6/2020 | $28,887.77 |
| 1/13/2020 | $17,773.97 |
| **Total** | **$131,568.81** |

**Payments to George Rikos Law (90 Days Prepetition)**

| | |
|---|---|
| 10/25/2019 | $5,000.00 |
| 11/4/2019 | $5,000.00 |
| 11/8/2019 | $5,000.00 |
| 11/15/2019 | $5,000.00 |
| 11/22/2019 | $7,500.00 |
| 12/3/2019 | $10,000.00 |
| 12/13/2019 | $5,000.00 |
| 12/20/2019 | $7,500.00 |
| 1/3/2020 | $5,000.00 |
| 1/10/2020 | $5,982.86 |
| 1/13/2020 | $9,351.93 |
| **Total** | **$70,334.79** |

**Payments to Paychex - Gross Payroll (90 Days Prepetition)**

| | | |
|---|---|---|
| 10/18/2019 | $61.70 | Fees |
| 10/18/2019 | $1,393.35 | Fees |
| 10/21/2019 | $2,389.50 | Taxes |
| 10/24/2019 | $7,420.97 | Payroll |
| 10/25/2019 | $61.70 | Fees |
| 10/25/2019 | $2,830.73 | Taxes |
| 10/25/2019 | $61.70 | Fees |
| 10/31/2019 | $7,420.97 | Payroll |
| 11/1/2019 | $61.70 | Fees |
| 11/1/2019 | $2,830.73 | Taxes |
| 11/7/2019 | $7,420.97 | Payroll |
| 11/8/2019 | $61.70 | Fees |
| 11/9/2019 | $2,830.73 | Taxes |
| 11/14/2019 | $7,420.97 | Payroll |
| 11/15/2019 | $61.70 | Fees |

| | | |
|---|---|---|
| 11/15/2019 | $2,830.73 | Taxes |
| 11/18/2019 | $7,420.97 | Payroll |
| 11/22/2019 | $6,794.47 | Payroll |
| 11/25/2019 | $2,442.73 | Taxes |
| 11/26/2019 | $141.70 | Fees |
| 11/27/2019 | $6,124.92 | Payroll |
| 11/29/2019 | $61.70 | Fees |
| 11/29/2019 | $2,097.78 | Taxes |
| 12/5/2019 | $6,124.92 | Payroll |
| 12/6/2019 | $61.70 | Fees |
| 12/6/2019 | $2,096.58 | Taxes |
| 12/12/2019 | $6,124.92 | Payroll |
| 12/13/2019 | $61.70 | Fees |
| 12/19/2019 | $6,124.92 | Payroll |
| 12/20/2019 | $61.70 | Taxes |
| 12/20/119 | $2,092.98 | Taxes |
| 12/26/2019 | $6,124.92 | Payroll |
| 12/27/2019 | $61.70 | Fees |
| 12/27/2019 | $2,092.98 | Taxes |
| 1/2/2020 | $5,973.11 | Payroll |
| 1/3/2020 | $2,540.59 | Taxes |
| 1/3/2020 | $61.70 | Fees |
| 1/9/2020 | $7,742.51 | Payroll |
| 1/10/2020 | $4,033.69 | Taxes |
| 1/110/20 | $209.20 | Fees |
| **Total** | **$121,833.94** | |

**Michael J. Pratt (1 Year)**

| | | |
|---|---|---|
| 7/16/2019 | $10,000.00 | Wells Fargo - Online Transfer |
| Weekly through mid-2019 | $264,000.00 | 2019 Gross Salary per W2 |
| 8/22/2019 | $8,000.00 | Buyout Payment per Agt - Sent to Panakos Law |
| 8/30/2019 | $8,000.00 | Buyout Payment per Agt - Sent to Panakos Law |
| 9/6/2019 | $8,000.00 | Buyout Payment per Agt - Sent to Panakos Law |
| 9/11/2019 | $8,000.00 | Buyout Payment per Agt - Sent to Panakos Law |
| 9/18/2019 | $8,000.00 | Buyout Payment per Agt - Sent to Panakos Law |
| 9/25/2029 | $8,000.00 | Buyout Payment per Agt - Sent to Panakos Law |
| 10/2/2019 | $8,000.00 | Buyout Payment per Agt - Sent to Panakos Law |
| 10/2/2019 | $28,000.00 | Buyout Payment per Agt - Sent to Panakos Law |
| **Total** | **$358,000.00** | |

**Douglas J. Wiederhold (1 Year)**

| | | |
|---|---|---|
| 9/11/2019 | $2,200.00 | Free Spirit Partners, LLC |
| 11/18/2019 | $2,000.00 | Free Spirit Partners, LLC |
| 12/17/2019 | $5,500.00 | Free Spirit Partners, LLC |
| **Subtotal** | **$9,700.00** | |
| | | |
| 2/4/2019 | $5,795.00 | Black & Cherry Real Estate* |

| | | |
|---|---|---|
| 3/4/2019 | $5,795.00 | Black & Cherry Real Estate |
| 4/2/2019 | $5,795.00 | Black & Cherry Real Estate |
| 5/2/2019 | $5,795.00 | Black & Cherry Real Estate |
| 6/4/2019 | $5,795.00 | Black & Cherry Real Estate |
| 7/2/2019 | $5,795.00 | Black & Cherry Real Estate |
| 8/2/2019 | $5,795.00 | Black & Cherry Real Estate |
| 9/3/2019 | $5,795.00 | Black & Cherry Real Estate |
| 10/2/2019 | $5,795.00 | Black & Cherry Real Estate |
| 11/4/2019 | $5,795.00 | Black & Cherry Real Estate |
| 12/2/2019 | $5,795.00 | Black & Cherry Real Estate |
| 11/2/2020 | $5,795.00 | Black & Cherry Real Estate |
| **Subtotal** | **$69,540.00** | |

*Lease for commercial loft space used by Debtor as an office and production studio. Lease is only in Mr. Wiederhold's personal name because the landlord required an individual person to sign instead of an artificial entity.

| | | |
|---|---|---|
| 1/4/2019 | $1,556.00 | Progressive Insurance |
| 6/19/2019 | $1,731.00 | Progressive Insurance |
| 1/3/2020 | $1,773.00 | Progressive Insurance |
| **Subtotal** | **$5,060.00** | |

| | | |
|---|---|---|
| 1/31/2019 | $20,000.00 | American Express* |
| 2/12/2019 | $19,899.00 | American Express |
| 2/19/2019 | $10,000.00 | American Express |
| 3/6/2019 | $10,000.00 | American Express |
| 3/8/2019 | $14,904.42 | American Express |
| 3/18/2019 | $16,140.00 | American Express |
| 3/19/2019 | $6,900.00 | American Express |
| 4/1/2019 | $12,671.56 | American Express |
| 4/12/2019 | $10,000.00 | American Express |
| 4/22/2019 | $10,000.00 | American Express |
| 5/8/2019 | $17,554.37 | American Express |
| 5/20/2019 | $15,112.32 | American Express |
| 5/24/2019 | $14,984.22 | American Express |
| 5/30/2019 | $2,885.19 | American Express |
| 6/5/2019 | $6,822.57 | American Express |
| 6/19/2019 | $1,973.50 | American Express |
| 7/19/2019 | $5,065.33 | American Express |
| 7/29/2019 | $13,500.00 | American Express |
| 8/9/2019 | $13,601.19 | American Express |
| 9/6/2019 | $22,661.60 | American Express |
| 10/21/2019 | $13,710.87 | American Express |
| 10/21/2019 | $10,000.00 | American Express |
| 11/1/2019 | $15,000.00 | American Express |
| 11/8/2019 | $7,000.00 | American Express |
| 11/12/2019 | $7,250.09 | American Express |
| 11/12/2019 | $2,000.00 | American Express |

| 11/12/2019 | $10,000.00 | American Express |
| 11/15/2019 | $2,613.19 | American Express |
| 11/18/2019 | $600.00 | American Express |
| 12/9/2019 | $16,732.92 | American Express |
| 1/6/2020 | $28,887.77 | American Express |
| 1/13/2020 | $17,773.97 | American Express |
| **Subtotal** | **$376,244.08** | |

*Mr. Wiederhold was a co-obligor for the Debtor's business card only because the credit card company required it in order to issue it.

| 1/28/2019 | $1,364.95 | TDAuto Finance |
| 2/28/2019 | $1,364.95 | TDAuto Finance |
| 3/28/2019 | $1,364.95 | TDAuto Finance |
| 4/29/2019 | $1,364.95 | TDAuto Finance |
| 5/28/2019 | $1,364.95 | TDAuto Finance |
| 6/28/2019 | $1,364.95 | TDAuto Finance |
| **Subtotal** | **$8,189.70** | |

| 6/16/2019 | $1,573.31 | GM Finance |
| 7/16/2019 | $1,573.31 | GM Finance |
| 8/16/2019 | $1,573.31 | GM Finance |
| 9/16/2019 | $1,573.31 | GM Finance |
| 10/16/2001 | $1,573.31 | GM Finance |
| 11/18/119 | $1,573.31 | GM Finance |
| 12/16/2019 | $1,573.31 | GM Finance |
| **Subtotal** | **$6,293.24** | |

| Approx. Weekly in 2019 | $359,000.00 | 2019 Gross Salary per W2 |
| 1/3/2020 | $9,000.00 | 2020 Gross Salary (1/1/20 to1/16/20) |
| **Subtotal** | **$368,000.00** | |

| **Combined Total** | **$843,027.02** | |