Jason A. Imes, Esq., NV Bar No. 7030
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:      (702) 228-7590
Facsimile:      (702) 892-0122
E-Mail:         bkfilings@s-mlaw.com
*Counsel for Lenard E. Schwartzer, Trustee*

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-20-10250-MKN |
| DOMI PUBLICATIONS, LLC, | Chapter 7 |
| Debtor(s). | **DECLARATION OF LENARD E. SCHWARTZER SUPPORTING MOTION TO COMPEL ATTORNEY CLYDE DEWITT, ESQ., AND THE LAW OFFICES OF CLYDE DEWITT, APC, TO TURN OVER DEBTOR'S LEGAL RECORDS (11 USC § 542)** |

I, LENARD E. SCHWARTZER, do declare the following under penalty of perjury:

1.      I am over the age of eighteen and I am competent to make this Declaration. I have personal knowledge of the facts in this matter, except where stated upon information and belief.

2.      I am the duly appointed Chapter 7 Trustee for the bankruptcy estate of DOMI PUBLICATIONS, LLC, and I make this Declaration in support of my *Motion to Compel Attorney Clyde DeWitt, Esq., and the Law Office Clyde DeWitt, APC, to Turn Over Debtor's Legal Records* [11 U.S.C. § 542] (the "Turnover Motion") filed concurrently with this Declaration.

3.      I am requesting entry of an order compelling attorney CLYDE DEWITT, ESQ., and the LAW OFFICES OF CLYDE DEWITT, A NEVADA PROFESSIONAL CORPORATION D/B/A LAW OFFICES OF CLYDE DEWITT, APC, to turn over Debtor Domi Publications, LLC's legal records pursuant to 11 U.S.C. § 542. I have requested turnover of the records, but counsel has indicated the files will not be turned over absent an order of this Court.

4.      DOMI PUBLICATIONS, LLC (the "Debtor") filed a voluntary petition under Chapter 7 of the Bankruptcy Code on January 16, 2020 (the "Petition Date"), and I am the

1   duly appointed and acting Chapter 7 Trustee in the Debtor's case.

2       5.      I have determined the assets of this estate include a series of claims (referred to

3   collectively as the "Claims") that will need to be investigated, developed, and pursued, including

4   but not limited fraudulent transfer claims, alter ego claims, and potential legal malpractice claims,

5   and indemnification or contribution claims against various parties.

6       6.      I have reviewed court records and Debtor's records which indicate that prior to the

7   commencement of the bankruptcy case the Debtor was represented in certain state court litigation

8   by Clyde DeWitt, Esq. ("DeWitt") of the Law Offices of Clyde DeWitt, a Nevada Professional

9   Corporation d/b/a Law Offices of Clyde DeWitt, APC (the "DeWitt Firm").

10      7.      I have reviewed documents indicating that DeWitt and/or the DeWitt Firm acted as

11  Debtor's counsel prior to the Petition Date including court transcripts (*see* attached **Exhibit "1"**),

12  Secretary of State records (*see* attached **Exhibit "2"**), the Debtor's schedules (*see* attached

13  **Exhibit "3"**), and trademark applications (*see* attached **Exhibit "4"**).

14      8.      My counsel sent a letter to the Andersen Law Firm, Ltd. (counsel for DeWitt and

15  the DeWitt Firm in this matter) on or about June 2, 2021 formally requesting that DeWitt and the

16  DeWitt Firm provide me with copies of the Debtor's legal records. *See* attached **Exhibit "5."**

17      9.      I have been advised by DeWitt's counsel that DeWitt and/or the DeWitt Firm

18  would turn over the Debtor's legal records, to the extent they have any, upon entry of an order

19  from this Court. DeWitt, however, requested that the turnover motion be served on certain

20  additional parties that are not included on the mailing matrix for this bankruptcy estate.

21      10.     DeWitt also raised concerns about potential competing claims to the records

22  asserted by Douglas Wiederhold, but Mr. Wiederhold has consented to release of any and all

23  records related to Debtor to me and my counsel. *See* Wiederhold release confirmation attached as

24  **Exhibit "6."**

25      11.     I have determined that the Debtor's legal records are necessary for my investigation

26  and pursuit of the Claims, and at this stage it is clear DeWitt and/or the DeWitt Firm will not turn

27  over the Debtor's legal records absent an order of this Court.

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

12. In this case, I am investigating potential Claims against various parties and those claims are property of the Debtor's estate, and the Debtor's legal records at the DeWitt Firm are a necessary component of my investigation and evaluation of those claims.

13. I am requesting an order for turnover of all recorded information of and relating to representation of Debtor Domi Publications, LLC, no later than 14 calendar days after entry of said order, appropriately organized and indexed, including (1) books, documents, records and papers in any format or media, (2) copies of any internal communications and communications with third parties, including any letters, e-mails, and messages, and any related notes on such communications, (3) any bills or statements describing the legal work performed for the Debtor, (4) any payments received for the services performed for the Debtor, and (5) a ledger of charges and receipts related to the Debtor.

Dated: August 30, 2021.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# EXHIBIT 1

1            SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                FOR THE COUNTY OF SAN DIEGO

3              DEPARTMENT 904; HON. KEVIN A. ENRIGHT

4   JANE DOES NOS 1-14, inclusive,        )LEAD CASE
    individuals;                          )Case No.
5                                         )37-2016-
                    Plaintiffs,           )0019027-
6                                         )CU-FR-CTL
            vs.                           )
7                                         )CONSOLIDATED
    GIRLSDOPORN.COM, a business           )W/37-2017-
8   organization, form unknown; MICHAEL J.)00043712-
    PRATT, an individual; ANDRE GARCIA, an)CU-FR-CTL
9   individual; MATTHEW WOLFE, an         )
    individual; BLL MEDIA, INC., a California)37-2017-
10  corporation; BLL MEDIA HOLDINGS,      )00033321-
    LLC, a Nevada limited liability company; EG)CU-FR-CTL
11  PUBLICATIONS, INC., a California      )
    corporation; MM MEDIA, LLC, a         )
12  California limited liability company; )
    BUBBLEGUM FILMS, INC., a business     )
13  organization, form unknown; OH WELL   )
    MEDIA LIMITED, a business organization,)
14  form unknown, MERRO MEDIA, INC., a    )
    California corporation; MERRO MEDIA   )
15  HOLDINGS, LLC, a Nevada limited liability)
    company; and ROES 1 - 500, inclusive, )
16                                        )
                    Defendants.           )
17  _____)

18            **CERTIFIED COPY/DIGITALLY SIGNED**

19                  REPORTER'S TRANSCRIPT

20                   OCTOBER 31, 2019

21  APPEARANCES:
    For the Plaintiffs:
22  Sanford, Heisler, Sharp LLP
    Edward D. Chapin, Esq.
23  Cara Van Dorn, Esq.
    655 West Broadway, Suite 1700
24  San Diego, California 92101
    Echapin@sanfordheisler.com
25  Cvandorn@sanfordheisler.com

26        (Appearances continued on following page.)

27        Johnell M. Gallivan, CSR No. 10505

28              Court-Approved Reporter

                                                        1

1    need at least 10 days' notice for somebody to appear.

2    But, anyway, if it's okay, can Mr. Dewitt -- he is a

3    California attorney -- address the Court?

4              THE COURT:  Yes.

5              MR. DEWITT:  Your Honor, about an hour ago I

6    was handed two subpoenas, one to appear here at 9:30,

7    which was ten minutes before the subpoena was handed to

8    me, and the other one is to appear 11-19 -- I think it's

9    the hearing to -- on the OSC re preliminary injunction

10   before Judge Wohlfeil.

11             Obviously, I haven't had a chance to confer

12   with my client about this, but what I would propose is

13   since this trial seems to be -- seems to have a ways to

14   go in it, I would like an opportunity to move to quash

15   the subpoenas.  The grounds that occur to me right now

16   are, effectively, I'm in-house counsel for DOMI now that

17   Doug Wiederhold owns a hundred percent of it.  And my

18   recollection of California law is that a special showing

19   is required to obtain testimony of counsel.

20             Secondly, I live in Las Vegas.  I don't have a

21   residence in California anymore and haven't for six

22   years.  There may be other grounds that Mr. Rikos might

23   want to raise, but if nothing else, I need an

24   opportunity to speak with my client.  He may be willing

25   to agree to something, but for now, since this doesn't

26   seem to be an emergency, I would like the opportunity

27   to -- a reasonable amount of time to move to quash the

28   subpoenas.

                                                        26

# EXHIBIT 2

## ENTITY INFORMATION

### ENTITY INFORMATION

**Entity Name:**

DOMI PUBLICATIONS LLC

**Entity Number:**

E0096062015-1

**Entity Type:**

Domestic Limited-Liability Company (86)

**Entity Status:**

Revoked

**Formation Date:**

02/20/2015

**NV Business ID:**

NV20151121247

**Termination Date:**

Perpetual

**Annual Report Due Date:**

2/29/2020

**Series LLC:**

☐

**Restricted LLC:**

☐

### REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

CLYDE DEWITT

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

NV20131518206

**Office or Position:**

**Jurisdiction:**

**Street Address:**

2300 WEST SAHARA AVE, SUIT 800, Las Vegas, NV, 89102 - 5719, USA

**Mailing Address:**

**Individual with Authority to Act:**

CLYDE DEWITT

**Fictitious Website or Domain Name:**

**OFFICER INFORMATION**

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|-------|------|---------|--------------|--------|
| Manager | DOUGLAS WIEDERHOLD | 10620 SOUTHERN HIGHLANDS PARKWAY SUITE 110-334, LAS VEGAS, NV, 89141, USA | 02/25/2019 | Active |

**Page 1 of 1, records 1 to 1 of 1**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results

# EXHIBIT 3

**Fill in this information to identify the case:**

Debtor name **DOMI PUBLICATIONS, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known) **20-10250-btb**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 5, 2020**   X _____
Signature of individual signing on behalf of debtor

**Douglas J. Wiederhold**
Printed name

**Member-Manager**
Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **DOMI PUBLICATIONS, LLC** | Case number (if known) | **20-10250-btb** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,940.00** |
|---|---|---|---|

**Law Office of Clyde DeWitt**
c/o Clyde DeWitt, Esq.
PO Box 26185
Las Vegas, NV 89126

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Attorney's fees and costs__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$117,832.33** |
|---|---|---|---|

**Law Office of George Rikos**
c/o George Rikos, Esq.
225 Broadway Ste 2100
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Attorney's fees and costs__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ryan Somavia**
c/o Nevada DETR
500 E. Third St.
Carson City, NV 89713-0035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Unemployment claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Tamela Seehase**
c/o Nevada DETR
500 E. Third St.
Carson City, NV 89713-0035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Unemployment claim__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,420.39** |
|---|---|---|---|

**Walters Law Group**
Attn: Lawrence G. Walters, Esq.
195 W. Pine Avenue
Longwood, FL 32750-4104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Attorney's fees and costs__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jane Doe No. 1**<br>c/o Holm Law Group, PC<br>Brian N. Holm, Esq.<br>12636 High Bluff Drive, Ste. 400<br>San Diego, CA 92130 | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jane Doe No. 1**<br>c/o Robert Hamparayan, APC<br>Attn:  Robert Hamparyan, Esq.<br>275 Market Street<br>San Diego, CA 92101 | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |

2/05/20  2:15PM

Debtor    **DOMI PUBLICATIONS, LLC**                                                     Case number *(if known)*   **20-10250-btb**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **American Express**<br>Attn: Bankruptcy Dept. / Managing Agent<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | **See attached schedule** | **$131,568.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.  **George Rikos Law**<br>Attn:  George Rikos, Esq.<br>225 Broadway, Ste 2100<br>San Diego, CA 92101-5014 | **See attached schedule** | **$70,334.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3.  **Internal Revenue Service**<br>Attn: Bankruptcy Dept/Managing Agent<br>P.O. Box 7346<br>Philadelphia, PA 19101 | **12/19/19** | **$21,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Taxes**__ |
| 3.4.  **Duane Morris LLP**<br>Attn:  Michael L. Lipman<br>750 B. Street, Suite 2900<br>San Diego, CA 92101-4681 | **11/12/19** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  **CC Bill, LLC**<br>Attn:  Managing Agent/Bankruptcy Dep't<br>2353 W. University Ave.<br>Tempe, AZ 85281 | **11/13/19**<br>**(Reversal)** | **$26,069.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6.  **Free Spirit Partners, LLC**<br>Attn: Doug Wiederhold, Managing Member<br>10620 So. Highlannds Pkwy., #110-334<br>Las Vegas, NV 89141 | **11/18/19 for $2,000.00;<br>12/17/19 for $5,500.00** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7.  **Black & Cherry Real Estate Group**<br>2421 W. Horizon Ridge Parkway, Suite 110<br>Henderson, NV 89052 | **11/4/19 for $5,795.00;<br>12/2/19 for $5,795.00;<br>and 1/2/20 for $5,795.00** | **$17,385.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Rent**__ |
| 3.8.  **Law Offices of Clyde DeWitt, PC**<br>Attn:  Clyde DeWitt, Esq.<br>P.O. Box 26185<br>Las Vegas, NV 89126-0185 | **12/2/19** | **$7,081.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

# EXHIBIT 4

**Generated on:** This page was generated by TSDR on 2018-06-10 15:53:04 EDT

**Mark:** MOMPOV.COM

# MOMPOV.COM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86215348 | **Application Filing Date:** | Mar. 08, 2014 |
| **US Registration Number:** | 4577877 | **Registration Date:** | Jul. 29, 2014 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Supplemental | | |
| **Mark Type:** | Service Mark | | |
| **Amended to Principal Register:** | No | **Date Amended to Current Register:** | Jun. 17, 2014 |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jul. 29, 2014 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | MOMPOV.COM |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:** The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Entertainment, namely, production of adult themed videos; entertainment services, namely, providing adult-oriented entertainment via the internet featuring adult-oriented stories, photographs, videos and streaming videos and information about adult-oriented entertainment and web sites; on-line journals, namely, blogs featuring adult-oriented entertainment, news, information and stories; providing information on adult-themed web sites and modeling for entertainment purposes via an on-line website; providing searchable databases featuring information on adult-themed web sites and modeling for entertainment purposes via a global computer network

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | 2011 | **Use in Commerce:** | 2011 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |
| **Filed No Basis:** | No | **Currently No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | DOMI PUBLICATIONS LLC |
| **Owner Address:** | 3064 SILVER SAGE DR STE 150<br>LAS VEGAS, NEVADA 89701<br>UNITED STATES |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY    **State or Country** NEVADA<br>**Where Organized:** |

# Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Clyde DeWitt, Esq. |
| **Attorney Primary Email Address:** | clydedewitt@earthlink.net    **Attorney Email** Yes<br>**Authorized:** |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Clyde DeWitt, Esq.<br>DOMI PUBLICATIONS LLC<br>Post Office Box 26185<br>Las Vegas, NEVADA 89126-0185<br>UNITED STATES |
| **Phone:** (702) 386-1756 | **Fax:** (702) 441-0308 |
| **Correspondent e-mail:** | clydedewitt@earthlink.net    **Correspondent e-** Yes<br>**mail Authorized:** |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 28, 2018 | REVIEW OF CORRESPONDENCE COMPLETE - POWER OF ATTORNEY ENTERED | 48494 |
| Feb. 27, 2018 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS | |
| Feb. 14, 2018 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Sep. 23, 2014 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Sep. 23, 2014 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Sep. 23, 2014 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Sep. 23, 2014 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Jul. 29, 2014 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Jun. 26, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Jun. 17, 2014 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Jun. 17, 2014 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Jun. 17, 2014 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 17, 2014 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 17, 2014 | EXAMINERS AMENDMENT -WRITTEN | 76638 |
| Jun. 17, 2014 | DATA MODIFICATION COMPLETED | 70468 |
| Jun. 16, 2014 | ASSIGNED TO LIE | 70468 |
| May 30, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| May 29, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| May 29, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 29, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 03, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 03, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 03, 2014 | NON-FINAL ACTION WRITTEN | 76638 |
| Mar. 28, 2014 | ASSIGNED TO EXAMINER | 76638 |
| Mar. 22, 2014 | NOTICE OF PSEUDO MARK E-MAILED | |
| Mar. 21, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 12, 2014 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

CONFIDENTIAL

**File Location**

Current Location: PUBLICATION AND ISSUE SECTION    Date in Location: Jul. 29, 2014

# Assignment Abstract Of Title Information

**Summary**

Total Assignments: 1    Registrant: BLL MEDIA HOLDINGS, LLC

**Assignment 1 of 1**

Conveyance: NUNC PRO TUNC ASSIGNMENT EFFECTIVE 07/29/2014

Reel/Frame: 6263/0501    Pages: 3

Date Recorded: Jan. 27, 2018

Supporting Documents: assignment-tm-6263-0501.pdf

**Assignor**

Name: BLL MEDIA HOLDINGS, LLC    Execution Date: Jan. 08, 2018

Legal Entity Type: LIMITED LIABILITY COMPANY    State or Country Where Organized: NEVADA

**Assignee**

Name: DOMI PUBLICATIONS LLC

Legal Entity Type: LIMITED LIABILITY COMPANY    State or Country Where Organized: NEVADA

Address: 3064 SILVER SAGE DR STE 150
LAS VEGAS, NEVADA 89701

**Correspondent**

Correspondent Name: CLYDE DEWITT

Correspondent Address: PO BOX 26185
LAS VEGAS, NV 89126

**Domestic Representative - Not Found**

DOMI000003

5001.3

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form No Form Number (Rev 01/2012)
OMB No. 0651-0056 (Exp 11/30/2020)

# Replacement of Attorney of Record with Another Already-Appointed Attorney

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 86215348 |
| **REGISTRATION NUMBER** | 4577877 |
| **MARK SECTION** | |
| MARK | https://tmng-al.uspto.gov/resting2/api/img/86215348/large |
| LITERAL ELEMENT | MOMPOV.COM |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **FORM TEXT** | |
| Owner of the Mark wishes to change attorney of record. | |
| **ATTACHMENT(S)** | |
| ORIGINAL PDF FILE | Executed_Letter_re_Change_of_Attorney_201812753320796.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT17\IMAGEOUT17\862\153\86215348\xml1\WAF0002.jpg |
| **SIGNATURE SECTION** | |
| SUBMISSION SIGNATURE | /ClydeDeWitt/ |
| SIGNATORY'S NAME | Clyde DeWitt |
| SIGNATORY'S POSITION | Attorney of Record Nevada Bar member |
| SIGNATORY'S PHONE NUMBER | (702) 386-1756 |
| DATE SIGNED | 02/27/2018 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Feb 27 17:37:21 EST 2018 |
| TEAS STAMP | USPTO/WAF-XX.XXX.XX.XXX-2 0180227173721596668-45778 77-20180227173230502586-N /A-N/A-201802271732305025 86 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form No Form Number (Rev 01/2012)
OMB No. 0651-0056 (Exp 11/30/2020)

**Replacement of Attorney of Record with Another Already-Appointed Attorney**
**To the Commissioner for Trademarks:**

The following is submitted for registration number. **4577877**

**FORM INFORMATION**

Owner of the Mark wishes to change attorney of record.

**FORM FILE NAME(S)**

**Original PDF file:**
Executed_Letter_re_Change_of_Attorney_201812753320796.pdf
**Converted PDF file(s)** (1 page)
Attachments-1

**SIGNATURE(S)**
**Submission Signature**
Signature: /ClydeDeWitt/    Date: 02/27/2018
Signatory's Name: Clyde DeWitt
Signatory's Position: Attorney of Record Nevada Bar member
Signatory's Phone Number: (702) 386-1756

Serial Number: 86215348
Internet Transmission Date: Tue Feb 27 17:37:21 EST 2018
TEAS Stamp: USPTO/WAF-XX.XXX.XX.XXX-2018022717372159
6668-4577877-20180227173230502586-N/A-N/
A-20180227173230502586

# DOMI PUBLICATIONS LLC

A Nevada Limited Liability Company

---

3064 Silver Sage Drive Suite 150
Las Vegas, NV 89701

Monday, February 26, 2018

Re:    Representation in Connection with the Trademark Registration MomPOV.com®

To Whom it May Concern:

In connection with the registration of MomPOV.com® (Registration Number 4577877), please be advised that our sole Attorney of Record should be:

Clyde DeWitt, Esq.
Law Offices of Clyde DeWitt
       A Nevada Professional Corporation
Post Office Box 26185
Las Vegas, NV 89126-0185
(702) 386-1756; fax (702) 441-0308
*clydedewitt@earthlink.net*

Mr. DeWitt is to replace the currently listed Attorney of Record, Richard L. Morris, Jr., Esq.

Sincerely,

DOMI PUBLICATIONS LLC

By _____
Douglas Wiederhold
Member-Manager

c: Richard L. Morris, Jr., Esq.
Via Email Only to: *richard@4trademark.com*

CONFIDENTIAL

DOMI000006

5001.6

900437084    01/27/2018

900437084    01/27/2018

## TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1                                    ETAS ID: TM459704
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| NATURE OF CONVEYANCE: | NUNC PRO TUNC ASSIGNMENT |
| EFFECTIVE DATE: | 07/29/2014 |

### CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| BLL MEDIA HOLDINGS, LLC | | 01/08/2018 | Limited Liability Company: NEVADA |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | DOMI PUBLICATIONS LLC |
| Street Address: | 3064 SILVER SAGE DR STE 150 |
| City: | LAS VEGAS |
| State/Country: | NEVADA |
| Postal Code: | 89701 |
| Entity Type: | Limited Liability Company: NEVADA |

### PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 4577877 | MOMPOV.COM |

### CORRESPONDENCE DATA

Fax Number:        7024410308
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone:             (702) 386-1756
Email:             clydedewitt@earthlink.net
Correspondent Name:  Clyde DeWitt
Address Line 1:    PO Box 26185
Address Line 4:    Las Vegas, NEVADA 89126

| NAME OF SUBMITTER: | Clyde DeWitt |
| SIGNATURE: | /s/ Clyde DeWitt |
| DATE SIGNED: | 01/27/2018 |

Total Attachments: 2
source=Mom POV Trademark Transfer - Executed#page1.tif
source=Mom POV Trademark Transfer - Executed#page2.tif

OP $40.00 4577877

TRADEMARK
REEL: 006263 FRAME: 0501

DOMI000057
5001.57

CONFIDENTIAL

## MEMORIALIZATION OF EVENTS REQUIRING
## TRANSFER OF TRADEMARK REGISTRATION

Beginning in 2011, and therefore prior to March of 2014, a general partnership existed between Douglas Wiederhold and Michael Pratt, which general partnership operated the Web site *MomPOV.com*. On February 20, 2015, that partnership created Domi Publications LLC, a Nevada limited liability company, in which Douglas Wiederhold and Michael Pratt each was a Manager and Member. Thereafter, the aforesaid partnership was merged into the newly formed limited liability company, Domi Publications LLC, which continued to operate the Web site *MomPOV.com*, changing the ongoing business from a general partnership to a limited liability company. Therefore, *MomPOV.com* has been continuously operated since 2011, first by the general partnership between Douglas Wiederhold and Michael Pratt and then by Domi Publications LLC.

In early 2014, counsel was retained to prosecute a federal trademark registration for *MomPOV.com*. BLL Media Holdings, LLC is a Nevada limited liability company, wholly owned by Michael Pratt. The registration was intended to be in favor of the aforesaid partnership between Douglas Wiederhold and Michael Pratt. However, then unbeknownst to Douglas Wiederhold or Michael Pratt, the registration was in BLL Media Holdings, LLC, a limited liability company that had no interest in the mark. Earlier in 2017, the managers of Domi Publications LLC discovered that error for the first time.

Because the true owner of the mark is not and has never been in BLL Media Holdings, LLC; and because the true owner of the mark is Domi Publications LLC; the registration of the mark should be transferred to Domi Publications LLC.

[The remainder of this page intentionally left blank]

Page 1 of 2

CONFIDENTIAL

DOMI000058
5001.58

**TRADEMARK**
**REEL: 006263 FRAME: 0502**

Accordingly, to correct the above-described error, BLL Media Holdings, by its member-manager Michael Pratt, along with Domi Publications LLC, by its member-managers Michael Pratt and Douglas Wiederhold, along with Michael Pratt, individually and Douglas Wiederhold, individually, all request that the registration for *MomPOV.com* be transferred nunc pro tunc to the proper party and true owner of the mark, Domi Publications LLC, effective on the date of the approval of the registration, July 29, 2014 and instruct attorney Clyde DeWitt, who is a member in good standing of the Bar in both California and Nevada, to effect that transfer.

BLL MEDIA HOLDINGS, LLC

By: _____
    Michael Pratt, Member-Manager

_____
Michael Pratt, Individually

_____
Douglas Wiederhold, Individually

DOMI PUBLICATIONS LLC

By: _____
    Michael Pratt, Member-Manager

By: _____
    Douglas Wiederhold,
    Member-Manager

Page 2 of 2

CONFIDENTIAL

# EXHIBIT 5

# SCHWARTZER & MCPHERSON LAW FIRM

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

Lenard E. Schwartzer†
Jeanette E. McPherson†
Jason A. Imes*†

*Also admitted in California
† Board Certified
Business Bankruptcy Law
American Board of Certification

2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA  89146-5640
TELEPHONE:  (702) 228-7590    FACSIMILE:  (702) 892-0122
WEBSITE:  WWW.S-MLAW.COM

June 2, 2021

**Via e-mail:     Ryan@vegaslawfirm.legal**

Ryan A. Andersen, Esq.
Andersen Law Firm, Ltd.
3199 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120

Re:     In re Domi Publications LLC (Case No. 20-10250-BTB)
        *Client Request for Immediate Turnover of Entire File, Communications, Work
        Product, Memorandum and Documents/Information of Any Kind*

Dear Ryan,

As you are aware, our firm is general counsel for Lenard E. Schwartzer in his capacity as Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Domi Publications LLC. This letter follows the turnover request from the Trustee's Special Litigation Counsel (Sanford, Heisler, Sharp LLP) dated April 21, 2021, to Clyde DeWitt, Esq. ("DeWitt"), and to Mr. DeWitt's law firm, the Law Offices of Clyde DeWitt, a Nevada Professional Corporation d/b/a Law Offices of Clyde DeWitt, APC (the "DeWitt Firm").

This letter constitutes the Trustee's second demand to Mr. DeWitt and the DeWitt Firm for turnover of a full copy of their attorney files that may exist in any matters involving or related to debtor Domi Publications LLC ("Domi"), and preservation of related materials.

As a preliminary matter, in your letter dated April 28, 2021, you express concern about Special Litigation Counsel's admission to practice. I am admitted to the bar in both the State of Nevada and the State of California, and trust this resolves your concern on that issue.

As you are aware, a trustee is the representative of a debtor's bankruptcy estate (11 U.S.C. § 363), and as such must thoroughly investigate a debtor's financial affairs, including all actual and potential claims held by or asserted against a debtor. (11 U.S.C. §§ 541, 704.) Moreover, the trustee controls the debtor's attorney-client privilege, even with respect to its communications with counsel. *See Commodity Futures Trading Commission v. Weintraub,* 471 U.S. 343, 358 (1985) ("the trustee of a corporation in bankruptcy has the power to waive the corporation's attorney-client privilege with respect to pre-bankruptcy communications.")

The claim in your April 28, 2021 letter that Mr. DeWitt and the DeWitt Firm did not represent Domi is belied by several documented facts. Mr. DeWitt represented on the record he was in-house counsel for Domi (*see* attached Exhibit 1). He is listed as Domi's resident agent with the Nevada Secretary of State (*see* Exhibit 2), and Domi's schedules indicate your clients

R. Andersen, Esq.
June 2, 2021
Page 2 of 3

were paid $7,081.69 for services shortly before the Petition Date and your clients are listed as a creditor of Domi for unpaid legal fees (*see* Exhibit 3). Mr. DeWitt and the DeWitt Firm were also identified as Domi's attorney of record before the U.S. Patent & Trademark Office as February 26, 2018. (*See* Exhibit 4.)

The fact alleged in your letter dated April 28, 2021 that Domi never signed an engagement agreement with Mr. DeWitt or the DeWitt Firm is irrelevant. While this would be a practice management decision on the part of your clients, it does not preclude the Trustee from recovering Domi's legal files.

Furthermore, your letter dated April 28, 2021 admits that your client has relevant files but that such files "belong solely to Doug Wiederhold." To resolve this objection, I am also attaching instructions from Mr. Wiederhold directing Mr. DeWitt to immediately turn over all documents and records relating to Domi, whether in the context of representing Domi or in the context of representing Mr. Wiederhold. Mr. Wiederhold's signed instructions are attached as Exhibit 5.

Finally, to the extent you cite 11 U.S.C. § 542(e) to assert that turnover is not required absent notice and hearing, this letter is sent to resolve this dispute and save both sides the expense of such litigation. Failure to turn over property of the bankruptcy estate may also constitute a violation of the automatic stay under 11 U.S.C. § 362. If your client willfully refuses to turn over estate property after repeated notice, and requires the estate to incur the expense of a motion for turnover to collect estate property, then the Trustee may seek sanctions as well.

**A.    Demand for Turnover of all Files, Information, Books and Records**

The Trustee again demands, pursuant to 11 U.S.C. § 542, that Mr. DeWitt and the DeWitt Firm turn over to the Trustee a copy of all documents, records, and information related to Domi, including, without limitation, all letters, email, correspondence, text messages, voicemails, WebEx or similar internet meeting recordings, memoranda (both internal and external), attorneys' notes, pleadings, declarations, exhibits, depositions transcripts and exhibits, physical evidence, experts' reports, any other electronically stored information, and any other items related to Domi, whenever they were created and without limitation.

**B.    Demand for Preservation of All Documents, Information, and Potential Evidence**

The Trustee also demands that Mr. DeWitt and the DeWitt Firm, inclusive of their employees and agents, preserve all documents and other information relating to Domi, inclusive of all documents showing all communications concerning same, including, without limitation, Mr. DeWitt and/or the DeWitt Firm's communications with anyone associated with Domi, inclusive of any of its insiders, officers, directors, managers, owners, creditors, unions, vendors, agents or employees (collectively, and without limitation, a "Third-Party"), including also any and all documents concerning any and all claims held by Mr. DeWitt and/or the DeWitt Firm arising from or relating to its representation of Domi.

R. Andersen, Esq.
June 2, 2021
Page 3 of 3

  If they have not already done so, the Trustee hereby requests that your clients take prompt and sufficient action to: (i) secure any and all Documents (as defined below), computers, tablets, and any other devices that Mr. Dewitt has used personally, and/or that Mr. DeWitt or the DeWitt Firm have used to store, receive, send or generate any Documents relating to their representation of Domi and/or any Third-Party, and (ii) not delete or otherwise spoliate any Documents concerning the representation, the Debtor and/or Third-Party.

  For purposes of this letter, the term "Documents" shall have the broadest meaning permitted under applicable law, and shall include all tangible sources of information, including but not limited to: (a) the original and any non-identical copy (whether different from the original because of handwritten notes or underlining made thereon, attachments affixed thereto, or otherwise) or drafts thereof, of any handwritten, typewritten, printed, recorded or graphic matter, however produced or reproduced, including but not limited to memoranda, charts, notes, spreadsheets, plans, drawings, art work, transparencies, sketches, blueprints, files, electronically stored information, electronic mail, letters, email, correspondence, texts messages, voicemails, WebEx or similar internet meeting recordings, memoranda (both internal and external), attorneys' notes, pleadings, declarations, exhibits, deposition transcripts and exhibits, physical evidence, expert's reports, any other electronically stored information, and any other items related to the representation of Domi, whenever they were created, without limitation.

  Please provide the requested documents and information listed above to my attention no later than **fourteen (14) calendar days from the date of this letter.** We expect the files will be organized and provided in the same manner that they have been maintained in your clients' office. Your assistance with this matter is greatly appreciated.


       Sincerely,

        /s/ Jason A. Imes

       Jason A. Imes, Esq.

JAI:jd
cc: Lenard Schwartzer, Chapter 7 Trustee

# EXHIBIT 6

## AUTHORIZATION FOR RELEASE OF RECORDS

I, Douglas Wiederhold, hereby authorize and instruct my former counsel, Clyde DeWitt and The Law Offices of Clyde DeWitt, a Nevada Professional Corporation ("his Firm"), to release records as follows:

1. All documents and records in the possession, custody, or control of Mr. DeWitt and/or his Firm related to DOMI Publications, LLC in any way, regardless of whether Mr. DeWitt and/or his Firm were acting as counsel for me as an individual or as counsel for Domi Publications, LLC as an entity.

2. All documents and records identified in Item 1 shall be released electronically to Sanford Heisler Sharp, LLP, at gdp@sanfordheisler.com, as special counsel for Chapter 7 Trustee Lenard Schwartzer, no later than June 1, 2021.

Date: May 21, 2021

Name: douglas wiederhold

Signature: *douglas wiederhold*

# (2021-05-21) Wiederhold Release of Records Req to DeWitt

Final Audit Report                                                            2021-05-21

| | |
|---|---|
| Created: | 2021-05-21 |
| By: | Fernando Salazar (fsalazar@sanfordheisler.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAC13V7AXmZoaUmf2Hnv54Nc55cOeoVGQI |

## "(2021-05-21) Wiederhold Release of Records Req to DeWitt" History

📄 Document created by Fernando Salazar (fsalazar@sanfordheisler.com)
2021-05-21 - 7:16:25 PM GMT- IP address: 38.32.52.67

📧 Document emailed to douglas wiederhold (dw71283@gmail.com) for signature
2021-05-21 - 7:16:52 PM GMT

📄 Email viewed by douglas wiederhold (dw71283@gmail.com)
2021-05-21 - 9:32:49 PM GMT- IP address: 174.230.8.102

✍️ Document e-signed by douglas wiederhold (dw71283@gmail.com)
Signature Date: 2021-05-21 - 9:34:17 PM GMT - Time Source: server- IP address: 174.230.8.102

✅ Agreement completed.
2021-05-21 - 9:34:17 PM GMT

📜 **Adobe Sign**